**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 25 2017

JAMES W. McCORMACK, CLERK
By: _____ _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PRIMERICA LIFE INSURANCE COMPANY                    PLAINTIFF

V.                          CASE NO. _4:17-cv-272-sww_

BETTY JO WOODALL and ILA ELAINE REID                DEFENDANTS

## COMPLAINT FOR INTERPLEADER

Comes the Plaintiff, Primerica Life Insurance Company (Primerica), by and through its attorneys Watts, Donovan & Tilley, P.A., and for its Complaint for Interpleader, herein states:

### I. PARTIES

1.    Primerica is a life insurance company incorporated in the Commonwealth of Massachusetts with its principal place of business in the State of Georgia.  Primerica is a citizen of Massachusetts and Georgia for diversity purposes and is authorized to transact business within the State of Arkansas.

2.    Betty Jo Woodall is a citizen and resident of Decatur, Benton County, Arkansas.

3.    Ila Elaine Reid is a citizen and resident of Clinton, Van Buren County, Arkansas.

### II. JURISDICTION & VENUE

4.    This action is brought pursuant to Fed. R. Civ. P. 22.

Page 1 of 6

This case assigned to District Judge _Wright_
and to Magistrate Judge _Deere_

5.    Plaintiff is diverse from both of the Defendants.

6.    The amount in controversy exceeds the sum of $75,000.00, exclusive of interest or costs.

7.    Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a)(1).

8.    This action is brought in a judicial district in which a defendant resides and where a substantial part of the events giving rise to the claim occurred, that being the death of Garvin Gene Reid.

9.    Venue, therefore, is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(1) and -(2).

### III.  BACKGROUND

10.    Massachusetts Indemnity and Life Insurance Company, the name by which Primerica formerly was known, issued life insurance policy number 0411846774 to Garvin Gene Reid in the amount of One Hundred Thousand Dollars ($100,000.00) (the "policy").  A redacted copy of the policy is attached as Exhibit "A."

11.    At the time of the policy's issuance, Betty Jo Reid (now Woodall) was the designated primary beneficiary.  Kristy Jennings, Misty Webb, Jodie Reid, and Jerry Reid were the designated contingent beneficiaries.  A redacted copy of the policy application is attached as Exhibit "B."

12.    On or about April 21, 2002, Primerica received a Multipurpose Change

Form, a redacted copy of which is attached as Exhibit "C." With this form, Garvin Gene Reid attempted to effect a name change for his insured spouse from Betty Jo Reid to her "new name" Ila Elaine Reid. The reason for the change was listed as "marriage." In this same form, Garvin Gene Reid designated Ila Elaine Reid as primary beneficiary.

13.    On May 6, 2002, Primerica wrote to Garvin Gene Reid advising it had received his change request but was unable to process the request without legal documentation of the name change. A redacted copy of Primerica's letter is attached as Exhibit "D."

14.    Primerica did not receive the requested information from Garvin Gene Reid and made no change to the policy.

15.    On August 11, 2016, Garvin Gene Reid died, at which time the benefit on his life under the policy was $100,000.00 (the "policy proceeds").

16.    Garvin Gene Reid is survived by his wife, Ila Elaine Reid. Subsequent to Garvin Gene Reid's death, Primerica learned Ila Elaine Reid is not the same individual as Betty Jo Reid (now Woodall).

17.    Garvin Gene Reid formerly was married to Betty Jo Reid (now Woodall). Upon information and belief, Garvin Gene Reid and Betty Jo Reid (now Woodall) divorced on August 28, 1992.

18.    On August 23, 2016 and on several dates thereafter, Ila Elaine Reid or

persons on her behalf made verbal and written claim to the policy proceeds, copies of which are attached as Exhibit "E."

19.    Primerica also received the written claim of Betty Jo Reid (now Woodall), a redacted copy of which is attached as Exhibit "F."

20.    Due to the conflicting claims of Ila Elaine Reid and Betty Jo Reid (now Woodall), Primerica cannot pay the policy proceeds to either.

21.    Primerica takes no position as to which of the parties is legally entitled to the policy proceeds.  Primerica is a disinterested stakeholder in this matter.

22.    Ila Elaine Reid and Betty Jo Reid (now Woodall) each assigned a portion of the policy proceeds, specifically Ten Thousand Sixty Seven Dollars and 66/100 ($10,067.66), to the Roller-Coffman Funeral Home in Marshall, Arkansas.  A redacted copy of the Assignment is attached as Exhibit "G."

23.    Primerica paid, pursuant to their assignment, Ten Thousand Sixty Seven Dollars and 66/100 ($10,067.66) to the Roller-Coffman Funeral Home in Marshall, Arkansas.  A redacted copy of the check is attached as Exhibit "H."

24.    Primerica desires to pay the remaining policy proceeds, Eighty Nine Thousand Nine Hundred and Thirty Two Dollars and 34/100 ($89,932.34) (the "remaining proceeds"), into the Registry of the Court, by tender of a check to the Clerk of the Eastern District of Arkansas.  Primerica requests that these proceeds be placed in an interest bearing account.

25.     Upon tender of the remaining proceeds into the Registry of the Court, Primerica, as a disinterested stakeholder, requests that it be discharged from any further liability in this case.

WHEREFORE, the Defendant, Primerica Life Insurance Company, demands judgment on its Complaint for Interpleader as follows:

(a)     that the Court enter an Order restraining Defendants from instituting any action regarding the policy and/or for the recovery of the policy proceeds or remaining proceeds against Primerica and/or its agents;

(b)     that the Court enter an Order for Interpleader directing the Clerk of the Eastern District of Arkansas to accept the sum of Eighty Nine Thousand Nine Hundred and Thirty Two Dollars and 34/100 ($89,932.34), and applicable interest, representing the remaining proceeds;

(c)     that the Court enter an Order discharging Primerica and/or its agents from any further responsibility or obligation to pay any sums due under the policy;

(d)     that the Clerk of the Eastern District of Arkansas be directed to deposit the remaining proceeds as referenced above into an interest bearing account pending determination by the Court as to the correct party to receive those sums;

(e)     for an Order dismissing all claims against Primerica with prejudice; and

(f)    for such other relief as authorized at law or in equity.

WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVENUE, SUITE 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX


By:    _____
STACI DUMAS CARSON (2003158)

GARVIN G REID

POLICYOWNER'S TELEPHONE NUMBER:

  NO PHONE #

**IMPORTANT: PLEASE VERIFY THE ABOVE INFORMATION
AND CALL OUR CUSTOMER SERVICE DEPARTMENT WITH ANY
CHANGES AT 1-800-257-4725.

  0411846774



 **PRIMERICA**

**Primerica Life**
**Insurance Company**
1 Primerica Parkway
Duluth, Georgia 30099-0001

We agree to pay the Face Amount to the Beneficiary upon receiving due proof that the Insured died before the Expiry Date and while this Policy was in force. The Face Amount and Expiry Date are shown in the Policy Schedule on Page 3.

**RIGHT TO RETURN POLICY:** You may return this Policy for any reason to Us within 20 days after it is received. If returned, it will be considered void from the beginning and any premium paid will be refunded.

The provisions on the following pages are part of the Policy.

Signed on the date of issue at our Executive Office.

_Secretary_

_President_

**MODIFIED PREMIUM TERM LIFE INSURANCE TO**
**THE EXPIRY DATE, WITH CONVERSION PRIVILEGES.**

**NONPARTICIPATING**

**Primerica Life Insurance Company**
(A Stock Company)
Home Office:  Boston, Massachusetts

Form ML- T90 AR

6.86

## TABLE OF CONTENTS

PART 1:    DEFINITIONS ................................................................. Page  4

PART 2:    GENERAL PROVISIONS ............................................. Page  4

PART 3:    BENEFICIARY PROVISIONS ...................................... Page  5

PART 4:    PREMIUM PROVISIONS ............................................. Page  5

PART 5:    CONVERSION PROVISIONS ...................................... Page  6

PART 6:    SETTLEMENT OPTIONS ........................................... Page  7

POLICY SPECIFICATIONS

| FORM NUMBER | FACE AMOUNT | CURRENT ANNUAL PREMIUMS * | DISABILITY WAIVER |
|---|---|---|---|
| ML-T90AR | $100,000 | YEARS 1 THRU 20:■■■■ | ( NOT INCLUDED ) |

ADDITIONAL BENEFITS

| FORM NUMBER | KIND AND AMOUNT OF BENEFITS | ANNUAL PREMIUM |
|---|---|---|
| ML-877S | MODIFIED PREM TERM SPOUSE RIDER FACE AMOUNT $50,000 | $ ■■■■ |

TOTAL PRESENT YEAR PREMIUM *
     FOR THE AVAILABLE FREQUENCIES (INCLUDES ALL RIDERS) :

| ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY |
|---|---|---|---|
| ■■■■ | ■■■■ | ■■■■ | ■■■■ |

* SUBJECT TO CHANGE. SEE PART 4.
ALL PREMIUMS INCLUDE ANNUAL POLICY FEE OF ■■■■
                         POLICY SCHEDULE

| | | | |
|---|---|---|---|
| POLICY NUMBER | 0411846774 | INSURED | GARVIN G REID |
| ISSUE AGE | 35 | DATE OF ISSUE | DUPLICATE |
| FACE AMOUNT | $100,000 | POLICY DATE | AUGUST 25, 1986 |
| PREMIUM CLASS | STANDARD / NON-SMOKER | EXPIRY DATE | AUGUST 25, 2041 |

Form ML-T90AR                    Page 3                         6.86

## POLICY SPECIFICATIONS (Cont'd)

### TABLE A
### MAXIMUM ANNUAL PREMIUMS DURING INITIAL PERIOD
### PER $1,000 FACE AMOUNT

| ISSUE AGE | INITIAL PERIOD (YEARS) | MAXIMUM ANNUAL PREMIUM | | |
|---|---|---|---|---|
| | | PREFERRED | NON-SMOKER | SMOKER |
| 16 | 20 | $1.29 | $1.57 | $2.42 |
| 17 | 20 | 1.29 | 1.57 | 2.42 |
| 18 | 20 | 1.29 | 1.57 | 2.42 |
| 19 | 20 | 1.29 | 1.57 | 2.42 |
| 20 | 20 | 1.29 | 1.57 | 2.42 |
| 21 | 20 | 1.29 | 1.57 | 2.42 |
| 22 | 20 | 1.29 | 1.57 | 2.42 |
| 23 | 20 | 1.29 | 1.57 | 2.42 |
| 24 | 20 | 1.30 | 1.62 | 2.54 |
| 25 | 20 | 1.33 | 1.67 | 2.66 |
| 26 | 20 | 1.34 | 1.72 | 2.80 |
| 27 | 20 | 1.35 | 1.78 | 2.93 |
| 28 | 20 | 1.37 | 1.82 | 3.07 |
| 29 | 20 | 1.42 | 1.89 | 3.28 |
| 30 | 20 | 1.48 | 1.97 | 3.51 |
| 31 | 20 | 1.53 | 2.05 | 3.74 |
| 32 | 20 | 1.60 | 2.13 | 3.98 |
| 33 | 20 | 1.65 | 2.20 | 4.21 |
| 34 | 20 | 1.81 | 2.40 | 4.69 |
| 35 | 20 | 1.98 | 2.63 | 5.17 |
| 36 | 20 | 2.16 | 2.88 | 5.68 |
| 37 | 20 | 2.34 | 3.13 | 6.18 |
| 38 | 20 | 2.54 | 3.39 | 6.68 |
| 39 | 20 | 2.86 | 3.76 | 7.47 |
| 40 | 20 | 3.19 | 4.18 | 8.29 |
| 41 | 20 | 3.52 | 4.66 | 9.13 |
| 42 | 20 | 3.87 | 5.16 | 9.94 |
| 43 | 20 | 4.25 | 5.69 | 10.75 |
| 44 | 20 | 4.68 | 6.28 | 11.58 |
| 45 | 20 | 5.14 | 6.90 | 12.44 |
| 46 | 20 | 5.60 | 7.55 | 13.33 |
| 47 | 20 | 6.08 | 8.21 | 14.38 |
| 48 | 20 | 6.58 | 8.87 | 15.30 |
| 49 | 20 | 7.10 | 9.60 | 16.34 |
| 50 | 20 | 7.64 | 10.35 | 17.41 |
| 51 | 19 | 8.20 | 11.11 | 18.50 |
| 52 | 18 | 8.78 | 11.88 | 19.64 |
| 53 | 17 | 9.36 | 12.66 | 20.79 |
| 54 | 16 | 9.92 | 13.36 | 21.65 |
| 55 | 15 | 10.47 | 13.99 | 22.46 |
| 56 | 14 | 11.00 | 14.57 | 23.18 |
| 57 | 13 | 11.52 | 15.10 | 23.85 |
| 58 | 12 | 12.04 | 15.62 | 24.43 |
| 59 | 11 | 12.92 | 17.10 | 26.39 |
| 60 | 10 | 13.89 | 18.58 | 28.37 |
| 61 | 9 | 15.00 | 20.06 | 30.35 |
| 62 | 8 | 16.20 | 21.52 | 32.34 |
| 63 | 7 | 17.48 | 22.98 | 34.35 |
| 64 | 6 | 19.12 | 25.21 | 37.98 |
| 65 | 5 | 20.89 | 27.74 | 41.91 |
| 66 | 5 | 22.76 | 30.52 | 45.97 |
| 67 | 5 | 24.67 | 33.35 | 50.04 |
| 68 | 5 | 26.58 | 36.22 | 54.13 |
| 69 | 5 | 34.54 | 45.67 | 63.63 |
| 70 | 5 | 40.87 | 57.70 | 74.74 |

Maximum annual premiums shown above apply to a policy issued at standard premium rates. Premiums will be higher for policies issued at special premium rates. After determining maximum premium for face amount, add annual policy charge of $50.00.

### POLICY SPECIFICATIONS (Cont'd)

### TABLE B
### SUBSEQUENT ANNUAL PREMIUMS PER $1,000 FACE AMOUNT

| ATTAINED AGE | SUBSEQUENT PERIOD (YEARS) | CURRENT ANNUAL PREMIUMS* | | | MAXIMUM ANNUAL PREMIUMS | | |
|---|---|---|---|---|---|---|---|
| | | PREFERRED | NON-SMOKER | SMOKER | PREFERRED | NON-SMOKER | SMOKER |
| 36 | 20 | $ 1.75 | $ 2.29 | $ 4.52 | $ 2.37 | $ 3.17 | $ 6.24 |
| 37 | 20 | 1.90 | 2.49 | 4.92 | 2.57 | 3.44 | 6.80 |
| 38 | 20 | 2.05 | 2.70 | 5.32 | 2.79 | 3.73 | 7.35 |
| 39 | 20 | 2.32 | 3.00 | 5.97 | 3.15 | 4.14 | 8.22 |
| 40 | 20 | 2.58 | 3.33 | 6.64 | 3.50 | 4.60 | 9.12 |
| 41 | 20 | 2.85 | 3.71 | 7.33 | 3.88 | 5.13 | 10.04 |
| 42 | 20 | 3.13 | 4.11 | 8.01 | 4.26 | 5.68 | 10.93 |
| 43 | 20 | 3.44 | 4.53 | 8.69 | 4.68 | 6.26 | 11.83 |
| 44 | 20 | 3.79 | 5.00 | 9.40 | 5.15 | 6.91 | 12.74 |
| 45 | 20 | 4.15 | 5.50 | 10.15 | 5.65 | 7.59 | 13.69 |
| 46 | 20 | 4.53 | 6.01 | 10.93 | 6.16 | 8.31 | 14.67 |
| 47 | 20 | 4.92 | 6.54 | 11.84 | 6.69 | 9.03 | 15.82 |
| 48 | 20 | 5.32 | 7.06 | 12.66 | 7.24 | 9.76 | 16.83 |
| 49 | 20 | 5.74 | 7.64 | 13.58 | 7.81 | 10.56 | 17.98 |
| 50 | 20 | 6.18 | 8.24 | 14.54 | 8.41 | 11.38 | 19.15 |
| 51 | 19 | 6.63 | 8.85 | 15.52 | 9.02 | 12.23 | 20.36 |
| 52 | 18 | 7.09 | 9.46 | 16.55 | 9.65 | 13.07 | 21.60 |
| 53 | 17 | 7.57 | 10.07 | 17.61 | 10.30 | 13.92 | 22.87 |
| 54 | 16 | 8.02 | 10.69 | 18.45 | 10.91 | 14.69 | 23.81 |
| 55 | 15 | 8.46 | 11.27 | 19.27 | 11.51 | 15.39 | 24.71 |
| 56 | 14 | 8.89 | 11.81 | 20.02 | 12.10 | 16.02 | 25.49 |
| 57 | 13 | 9.31 | 12.31 | 20.73 | 12.67 | 16.60 | 26.23 |
| 58 | 12 | 9.73 | 12.82 | 21.38 | 13.24 | 17.18 | 26.88 |
| 59 | 11 | 10.60 | 14.21 | 23.29 | 14.21 | 18.81 | 29.03 |
| 60 | 10 | 11.58 | 15.64 | 25.25 | 15.27 | 20.44 | 31.20 |
| 61 | 9 | 12.71 | 17.10 | 27.24 | 16.50 | 22.06 | 33.38 |
| 62 | 8 | 13.95 | 18.59 | 29.28 | 17.82 | 23.68 | 35.57 |
| 63 | 7 | 15.30 | 20.11 | 31.37 | 19.23 | 25.28 | 37.79 |
| 64 | 6 | 16.73 | 22.07 | 34.69 | 21.03 | 27.73 | 41.78 |
| 65 | 5 | 18.29 | 24.28 | 38.27 | 22.98 | 30.52 | 46.10 |
| 66 | 4 | 19.92 | 26.71 | 41.97 | 25.04 | 33.57 | 50.56 |
| 67 | 3 | 21.59 | 29.18 | 45.69 | 27.14 | 36.68 | 55.04 |
| 68 | 2 | 23.26 | 31.69 | 49.43 | 29.24 | 39.84 | 59.54 |
| 69 | 1 | 30.22 | 39.97 | 58.10 | 37.99 | 50.24 | 69.99 |
| 70 | 5 | 39.01 | 50.49 | 68.24 | 40.87 | 52.89 | 71.49 |
| 71 | 4 | 39.01 | 50.49 | 68.24 | 40.87 | 52.89 | 71.49 |
| 72 | 3 | 39.01 | 50.49 | 68.24 | 40.87 | 52.89 | 71.49 |
| 73 | 2 | 39.01 | 50.49 | 68.24 | 40.87 | 52.89 | 71.49 |
| 74 | 1 | 39.01 | 50.49 | 68.24 | 40.87 | 52.89 | 71.49 |
| 75 | 5 | 83.30 | 107.81 | 133.30 | 95.20 | 123.20 | 152.34 |
| 80 | 5 | 173.50 | 224.55 | 252.44 | 214.80 | 278.01 | 312.53 |
| 85 | 5 | 319.28 | 390.25 | 397.08 | 425.70 | 520.32 | 529.44 |

Annual premiums shown above apply to a policy issued at standard premium rates. Premiums will be higher for policies issued at special premium rates. After determining premium for face amount, add annual policy charge of $50.00.

* Subject to change. See Part 4.

## POLICY SPECIFICATIONS (Cont'd)
### TABLE C
### ANNUAL PREMIUMS PER $1,000 INITIAL FACE AMOUNT

These premiums are applicable whenever this Policy is converted to: (1) annual renewable term to age 100; or (2) decreasing term to age 100. See Part 5.

| AGE* | CURRENT ANNUAL PREMIUMS** | | MAXIMUM ANNUAL PREMIUMS | |
| | PREFERRED AND NON-SMOKER | SMOKER | PREFERRED AND NON-SMOKER | SMOKER |
| --- | --- | --- | --- | --- |
| 21 | $ 1.36 | $ 1.96 | $ 1.58 | $ 2.20 |
| 22 | 1.36 | 2.04 | 1.58 | 2.28 |
| 23 | 1.36 | 2.12 | 1.58 | 2.35 |
| 24 | 1.36 | 2.21 | 1.58 | 2.43 |
| 25 | 1.36 | 2.30 | 1.58 | 2.52 |
| 26 | 1.36 | 2.39 | 1.58 | 2.61 |
| 27 | 1.36 | 2.48 | 1.58 | 2.70 |
| 28 | 1.36 | 2.58 | 1.58 | 2.79 |
| 29 | 1.36 | 2.69 | 1.58 | 2.88 |
| 30 | 1.36 | 2.80 | 1.58 | 2.98 |
| 31 | 1.37 | 2.91 | 1.58 | 3.09 |
| 32 | 1.41 | 3.02 | 1.58 | 3.19 |
| 33 | 1.45 | 3.15 | 1.58 | 3.30 |
| 34 | 1.49 | 3.27 | 1.59 | 3.42 |
| 35 | 1.53 | 3.40 | 1.59 | 3.53 |
| 36 | 1.58 | 3.54 | 1.67 | 3.65 |
| 37 | 1.64 | 3.68 | 1.77 | 3.78 |
| 38 | 1.64 | 3.83 | 1.89 | 3.91 |
| 39 | 1.72 | 4.06 | 2.02 | 4.10 |
| 40 | 1.81 | 4.30 | 2.16 | 4.32 |
| 41 | 1.90 | 4.56 | 2.33 | 4.59 |
| 42 | 1.99 | 4.83 | 2.50 | 4.88 |
| 43 | 2.09 | 5.12 | 2.70 | 5.22 |
| 44 | 2.26 | 5.54 | 2.90 | 5.59 |
| 45 | 2.45 | 6.02 | 3.13 | 6.03 |
| 46 | 2.65 | 6.51 | 3.39 | 6.54 |
| 47 | 2.86 | 7.03 | 3.66 | 6.12 |
| 48 | 3.10 | 7.34 | 3.95 | 7.62 |
| 49 | 3.40 | 8.05 | 4.28 | 8.30 |
| 50 | 3.73 | 8.84 | 4.63 | 9.02 |
| 51 | 4.05 | 9.24 | 5.05 | 9.85 |
| 52 | 4.45 | 10.14 | 5.53 | 10.77 |
| 53 | 4.90 | 11.18 | 6.07 | 11.83 |
| 54 | 5.43 | 12.38 | 6.69 | 13.02 |
| 55 | 6.02 | 13.73 | 7.38 | 14.28 |
| 56 | 6.69 | 15.25 | 8.14 | 15.65 |
| 57 | 7.42 | 16.28 | 8.95 | 17.07 |
| 58 | 8.66 | 17.32 | 9.83 | 18.58 |
| 59 | 9.57 | 18.82 | 10.82 | 20.14 |
| 60 | 11.08 | 20.40 | 11.92 | 21.88 |
| 61 | 12.71 | 21.96 | 13.15 | 23.83 |
| 62 | 13.92 | 23.62 | 14.55 | 26.03 |
| 63 | 15.70 | 25.86 | 16.14 | 28.52 |
| 64 | 17.18 | 27.79 | 17.94 | 31.26 |
| 65 | 18.76 | 29.80 | 19.93 | 34.24 |

Annual premiums shown above apply to a policy issued at standard premium rates. Premiums will be higher for policies issued at special premium rates. After determining premium for face amount, add annual policy charge of $50.00.

* For annual renewable term to age 100 "Age" is current Attained Age.
  For decreasing term to age 100 "Age" is current Attained Age.

**Subject to change. See Part 5.

## POLICY SPECIFICATIONS (Cont'd)
### TABLE C
### ANNUAL PREMIUMS PER $1,000 INITIAL FACE AMOUNT

These premiums are applicable whenever this Policy is converted to: (1) annual renewable term to age 100; or (2) decreasing term to age 100. See Part 5.

| AGE* | CURRENT ANNUAL PREMIUMS** | | MAXIMUM ANNUAL PREMIUMS | |
| | PREFERRED AND NON-SMOKER | SMOKER | PREFERRED AND NON-SMOKER | SMOKER |
|---|---|---|---|---|
| 66 | $20.25 | $31.57 | $22.08 | $37.33 |
| 67 | 21.96 | 33.26 | 24.40 | 40.58 |
| 68 | 23.89 | 35.13 | 26.89 | 43.92 |
| 69 | 24.90 | 38.30 | 29.60 | 47.47 |
| 70 | 27.17 | 41.80 | 32.67 | 51.40 |
| 71 | 29.43 | 45.28 | 36.71 | 55.75 |
| 72 | 30.54 | 49.26 | 40.15 | 60.69 |
| 73 | 32.25 | 53.75 | 44.75 | 66.25 |
| 74 | 35.24 | 58.74 | 49.92 | 72.32 |
| 75 | 38.54 | 64.24 | 55.47 | 79.03 |
| 76 | 42.16 | 70.26 | 61.38 | 85.94 |
| 77 | 46.07 | 76.78 | 67.58 | 92.94 |
| 78 | 50.28 | 83.80 | 74.03 | 99.92 |
| 79 | 54.79 | 91.32 | 80.87 | 107.07 |
| 80 | 59.61 | 99.35 | 88.37 | 114.76 |
| 81 | 64.59 | 107.65 | 96.72 | 123.03 |
| 82 | 69.94 | 116.57 | 106.15 | 132.26 |
| 83 | 78.19 | 126.12 | 116.78 | 142.48 |
| 84 | 88.58 | 136.28 | 128.41 | 153.29 |
| 85 | 95.59 | 147.06 | 140.75 | 164.34 |
| 86 | 101.85 | 156.70 | 153.58 | 175.26 |
| 87 | 112.45 | 167.84 | 166.78 | 185.91 |
| 88 | 126.34 | 180.49 | 180.08 | 197.52 |
| 89 | 136.50 | 195.00 | 193.67 | 208.98 |
| 90 | 147.17 | 206.04 | 207.73 | 220.46 |
| 91 | 155.00 | 217.00 | 222.49 | 232.19 |
| 92 | 163.32 | 228.64 | 238.44 | 244.65 |
| 93 | 174.01 | 243.61 | 256.25 | 260.66 |
| 94 | 187.76 | 262.97 | 278.92 | 281.27 |
| 95 | 207.80 | 290.92 | 311.28 | 312.28 |
| 96 | 242.18 | 339.05 | 362.78 | 362.78 |
| 97 | 294.17 | 411.84 | 453.02 | 453.02 |
| 98 | 369.49 | 517.28 | 620.74 | 620.74 |
| 99 | 481.33 | 673.86 | 943.40 | 943.40 |

Annual premiums shown above apply to a policy issued at standard premium rates. Premiums will be higher for policies issued at special premium rates. After determining premium for face amount, add annual policy charge of $50.00.

* For annual renewable term to age 100 "Age" is current Attained Age.
  For decreasing term to age 100 "Age" is current Attained Age.

**Subject to change. See Part 5.

## POLICY SPECIFICATIONS (Cont'd)

### TABLE D
### FACE AMOUNT PER $100 BASIC ANNUAL PREMIUM

| ATTAINED AGE | CURRENT FACE AMOUNT* | | MINIMUM FACE AMOUNT | |
| --- | --- | --- | --- | --- |
| | PREFERRED AND NON-SMOKER | SMOKER | PREFERRED AND NON-SMOKER | SMOKER |
| 21 | $73,529 | $51,020 | $63,291 | $45,454 |
| 22 | 73,529 | 49,019 | 63,291 | 43,859 |
| 23 | 73,529 | 47,169 | 63,291 | 42,553 |
| 24 | 73,529 | 45,248 | 63,291 | 41,152 |
| 25 | 73,529 | 43,478 | 63,291 | 39,682 |
| 26 | 73,529 | 41,841 | 63,291 | 38,314 |
| 27 | 73,529 | 40,322 | 63,291 | 37,037 |
| 28 | 73,529 | 38,759 | 63,291 | 35,842 |
| 29 | 73,529 | 37,174 | 63,291 | 34,722 |
| 30 | 73,529 | 35,714 | 63,291 | 33,557 |
| 31 | 72,992 | 34,364 | 63,291 | 32,362 |
| 32 | 70,921 | 33,112 | 63,291 | 31,347 |
| 33 | 68,965 | 31,746 | 63,291 | 30,303 |
| 34 | 67,114 | 30,581 | 62,893 | 29,239 |
| 35 | 65,359 | 29,411 | 62,893 | 28,328 |
| 36 | 63,291 | 28,248 | 59,880 | 27,397 |
| 37 | 60,975 | 27,173 | 56,497 | 26,455 |
| 38 | 60,975 | 26,109 | 52,910 | 25,575 |
| 39 | 58,139 | 24,630 | 49,504 | 24,390 |
| 40 | 55,248 | 23,255 | 46,296 | 23,148 |
| 41 | 52,631 | 21,929 | 42,918 | 21,786 |
| 42 | 50,251 | 20,703 | 40,000 | 20,491 |
| 43 | 47,846 | 19,531 | 37,037 | 19,157 |
| 44 | 44,247 | 18,050 | 34,482 | 17,889 |
| 45 | 40,816 | 16,611 | 31,948 | 16,583 |
| 46 | 37,735 | 15,360 | 29,498 | 15,290 |
| 47 | 34,965 | 14,224 | 27,322 | 14,044 |
| 48 | 32,258 | 13,623 | 25,316 | 13,123 |
| 49 | 29,411 | 12,422 | 23,364 | 12,048 |
| 50 | 26,809 | 11,312 | 21,598 | 11,086 |
| 51 | 24,691 | 10,822 | 19,801 | 10,152 |
| 52 | 22,471 | 9,861 | 18,083 | 9,285 |
| 53 | 20,408 | 8,944 | 16,474 | 8,453 |
| 54 | 18,416 | 8,077 | 14,947 | 7,680 |
| 55 | 16,611 | 7,283 | 13,550 | 7,002 |
| 56 | 14,947 | 6,557 | 12,285 | 6,389 |
| 57 | 13,477 | 6,142 | 11,173 | 5,858 |
| 58 | 11,547 | 5,773 | 10,172 | 5,382 |
| 59 | 10,449 | 5,313 | 9,242 | 4,965 |
| 60 | 9,025 | 4,901 | 8,389 | 4,570 |
| 61 | 7,867 | 4,553 | 7,604 | 4,196 |
| 62 | 7,183 | 4,233 | 6,872 | 3,841 |
| 63 | 6,369 | 3,866 | 6,195 | 3,506 |
| 64 | 5,820 | 3,598 | 5,574 | 3,198 |
| 65 | 5,330 | 3,355 | 5,017 | 2,920 |

Face Amounts shown above apply to a policy issued at standard premium rates. Face Amounts will be lower for policies issued at special premium rates. Basic Annual Premium does not include annual policy charge.

* Subject to change. See Part 5.

**POLICY SPECIFICATIONS (Cont'd)**

**TABLE D**
**FACE AMOUNT PER $100 BASIC ANNUAL PREMIUM**

| ATTAINED AGE | CURRENT FACE AMOUNT* | | MINIMUM FACE AMOUNT | |
|---|---|---|---|---|
| | PREFERRED AND NON-SMOKER | SMOKER | PREFERRED AND NON-SMOKER | SMOKER |
| 66 | $4,938 | $3,167 | $4,528 | $2,678 |
| 67 | 4,553 | 3,006 | 4,098 | 2,464 |
| 68 | 4,185 | 2,846 | 3,718 | 2,276 |
| 69 | 4,016 | 2,610 | 3,378 | 2,106 |
| 70 | 3,680 | 2,392 | 3,060 | 1,945 |
| 71 | 3,397 | 2,208 | 2,724 | 1,793 |
| 72 | 3,274 | 2,030 | 2,490 | 1,647 |
| 73 | 3,100 | 1,860 | 2,234 | 1,509 |
| 74 | 2,837 | 1,702 | 2,003 | 1,382 |
| 75 | 2,594 | 1,556 | 1,802 | 1,265 |
| 76 | 2,371 | 1,423 | 1,629 | 1,163 |
| 77 | 2,170 | 1,302 | 1,479 | 1,075 |
| 78 | 1,988 | 1,193 | 1,350 | 1,000 |
| 79 | 1,825 | 1,095 | 1,236 | 933 |
| 80 | 1,677 | 1,006 | 1,131 | 871 |
| 81 | 1,548 | 928 | 1,033 | 812 |
| 82 | 1,429 | 857 | 942 | 756 |
| 83 | 1,278 | 792 | 856 | 701 |
| 84 | 1,128 | 733 | 778 | 652 |
| 85 | 1,046 | 679 | 710 | 608 |
| 86 | 981 | 638 | 651 | 570 |
| 87 | 889 | 595 | 599 | 537 |
| 88 | 791 | 554 | 555 | 506 |
| 89 | 732 | 512 | 516 | 478 |
| 90 | 679 | 485 | 481 | 453 |
| 91 | 645 | 460 | 449 | 430 |
| 92 | 612 | 437 | 419 | 408 |
| 93 | 574 | 410 | 390 | 383 |
| 94 | 532 | 380 | 358 | 355 |
| 95 | 481 | 343 | 321 | 320 |
| 96 | 412 | 294 | 275 | 275 |
| 97 | 339 | 242 | 220 | 220 |
| 98 | 270 | 193 | 161 | 161 |
| 99 | 207 | 148 | 105 | 105 |

Face Amounts shown above apply to a policy issued at standard premium rates. Face Amounts will be lower for policies issued at special premium rates. Basic Annual Premium does not include annual policy charge.

* Subject to change. See Part 5.

**PART 1**
**DEFINITIONS**

These are some of the key words used in this Policy. They are important in describing both your rights and ours.

1.   *YOU or YOUR -* The owner of the Policy. The owner will be the Insured unless otherwise provided in the application, or later changed by Notice to Us.

2.   *WE, OUR or US -* Primerica Life Insurance Company, Executive Offices, 1 Primerica Parkway, Duluth, Georgia 30099- 0001.

3.   *INSURED -* The person whose life is insured under the Policy. The Insured is named in the Policy Schedule on Page 3.

4.   *NOTICE TO US -* Information we have received at our Executive Office which is written, signed by you, and is acceptable to us.

5.   *BENEFICIARY -* The person(s) to whom the proceeds of the Policy are payable at the death of the Insured. This is the person named in the application unless later changed (see Part 3).

6.   *DATE OF ISSUE -* The day we issue the Policy to you. This date controls the Incontestability and Suicide Provisions on Page 5.

7.   *POLICY DATE -* The date shown on Page 3, from which premium due dates, Policy anniversaries, Policy years and Policy months are measured.

8.   *ISSUE AGE -* The Insured's age on the birthday which is nearest to the Policy Date.

9.   *ATTAINED AGE -* The Issue Age plus the number of Policy years elapsed since the Policy Date.

10.  *INITIAL PERIOD -* The period (shown in Table A) following issue during which premiums will remain level unless changed by us. Premiums are scheduled to increase at the end of the Initial Period.

11.  *SUBSEQUENT PERIOD -* A period (shown in Table B) following the end of the Initial Period or of any Subsequent Period. During each Subsequent Period premiums, based on the Attained Age of the Insured at the beginning of such period, will remain level unless changed by us. Premiums are scheduled to increase at the end of each Subsequent Period.

12.  *EXPIRY DATE -* The date shown on the Policy Schedule. This Policy is no longer in force on and after that date.

13.  *ASSIGNMENT -* To transfer your rights under the Policy and those of the Beneficiary to someone else.

14.  *DEFAULT -* To fail to pay the premium by its due date or within the Grace Period (see Part 4).

15.  *SETTLEMENT OPTION -* The choice you can make as to how we should pay proceeds if due (see Part 6).

**PART 2**
**GENERAL PROVISIONS**

*OWNER OF POLICY -* This Policy belongs to you, the owner. During the lifetime of the Insured, you have all of the rights described in this Policy. In the event of your death, your rights will pass to the contingent owner, if any, otherwise to the Insured.

*THE CONTRACT -* This Policy is issued in consideration of the application any payment of the premiums. A copy of the application is attached and is a part of the Policy. Together, they are the entire contract. All statements in the application, except fraudulent ones, are deemed to be representations and not warranties. No statement will void this Policy or be used in defense of a claim unless: (1) it is contained in the written application; and (2) a copy of that application is attached to this Policy when issued.

To be effective, this Policy, except as otherwise provided in the Conditional Premium Receipt, must have been: (1) delivered to you; and (2) the first premium paid during the lifetime of the Insured.

*WAIVER OR MODIFICATION -* To be binding on us, any waiver or change in this Policy's provisions must be: (1) in writing; and (2) signed by our President or Secretary. We will not be bound by any promise or representation made by anyone else.

*INCONTESTABILITY -* This Policy will be incontestable after it has been in force for two years. The two years will begin as of the Date of Issue. This provision does not apply: (1) when any premium is unpaid beyond the Grace Period; and (2) to any rider for disability benefits or additional insurance specifically for death by accident.

*MISSTATEMENT OF AGE OR SMOKING STATUS -* If age or smoking status has been misstated, any amounts payable will be based on the true age and smoking status. We will be liable only for the amount of coverage the premiums paid would have purchased under our rates in effect on the Date of Issue for the correct age and smoking status.

*SUICIDE -* If the Insured dies by suicide, while sane or insane, within two years of the Date of Issue, our only liability will be for the amount of premiums paid.

*NONPARTICIPATION -* This Policy does not participate in our profits or surplus.

*ASSIGNMENT -* You may assign your rights under this Policy. To be binding on us, the assignment must be made by Notice to Us. We do not assume any responsibility for the sufficiency or validity of any assignment. The interest of any Beneficiary not designated irrevocably will be subject to the rights of any assignee.

*PAYMENT OF PROCEEDS -* Due proof of the death of the Insured must be sent to our Executive Office. All payments by us are payable at that office. If proceeds are not paid within thirty (30) days after we receive due proof of death of the Insured, we will pay interest at the rate of eight percent (8%) per year.

*RETURN OF UNEARNED PREMIUM AT DEATH -* In the event of the Insured's death, the proceeds payable to the Beneficiary under this Policy shall include premiums paid for any period beyond the end of the Policy month in which death occurred.

## PART 3
## BENEFICIARY PROVISIONS

*BENEFICIARY -* If the Beneficiary dies before the Insured, the interest of such Beneficiary ends. If the Insured dies, and there is no Beneficiary with any interest, proceeds will be paid to the owner of this Policy at that time. If no owner is then living, payment will be to the Insured's estate.

We may rely on a sworn statement by any responsible person to discover the identity or nonexistence of any beneficiary not identified by name. If a Beneficiary is a partnership, we will pay the proceeds to the partnership as it is constituted at the time of the Insured's death.

*CHANGE OF BENEFICIARY -* A change of Beneficiary may only be made by Notice to Us. Such Notice to Us must be signed by you while the Insured is alive. A Beneficiary designated irrevocably may not be changed except with the written consent of that Beneficiary. A change of Beneficiary will not be effective until received at our Executive Office. When so received, even if the Insured is not then living, the change of Beneficiary will take effect on the date the Notice to Us was signed, subject to any payment made by us in good faith before receiving the change.

## PART 4
## PREMIUM PROVISIONS

*PREMIUM PAYMENTS -* Each premium is payable to us in advance. You may also make payment through one of our agents. If you do, you must receive an official receipt. The receipt must be signed by our President or Secretary, and countersigned by our agent to be valid.

The first premium is due on or before delivery of this Policy. Subsequent premiums are due at 12, 6, 3, or 1 Policy month intervals depending on the premium frequency selected in the application. Subject to our approval, you may change the premium frequency for future premium payments upon Notice to Us. Premiums are not payable on and after the Expiry Date shown in the Policy Schedule.

Premiums payable during the Initial Period will be the Current Premium shown on Page 3, unless changed by us. Current Premiums during Subsequent Periods will be determined using Table B on Page 3B, unless changed by us. We will mail written notice to you at least 60 days prior to the date on which a change in the Current Premiums will become effective. Any such change will affect all policies of this form issued in the same year to Insureds having the same Issue Age and State of residence. In no event will the new premiums be greater than the Maximum Annual Premiums shown on Page 3A during the Initial Period nor greater than the Maximum Annual Premiums shown on Page 3B during Subsequent Periods.

If you Default, this Policy will terminate at the end of the Grace Period. No premiums will fall due after the death of the Insured. If a part of the premium is no longer payable under the provisions of a rider, the total premiums will be reduced accordingly.

*GRACE PERIOD* - This Policy has a 31 day Grace Period for payment of each premium after the first. This means that if a premium is not paid on or before the date it is due, it may be paid during the following 31 days. No interest will be charged for this late payment. During this 31 days, the Policy will stay in force. If the Insured dies during the Grace Period, the premium due will be deducted from the proceeds payable.

*REINSTATEMENT* - This Policy may be reinstated at any time that is: (1) within three years after the date of the first unpaid premium; and (2) prior to the Expiry Date. To be reinstated we must have: (1) evidence of insurability satisfactory to us; and (2) payment of all unpaid premiums; and (3) payment of compound interest on all unpaid premiums to the date of reinstatement at a rate of 6% per year compounded annually. The Policy will be reinstated on the date the application for reinstatement is approved by us.

**PART 5**
**CONVERSION PROVISIONS**

The following conversions cannot be to a policy whose premiums during one or more of the first ten policy years depend on both Attained Age and Issue Age.

*CONVERSION AT ATTAINED AGE* - This Policy and any life riders covering the Insured attached to it may be converted if the following conditions are met: (1) we receive Notice to Us for conversion; (2) you pay us the required premium; (3) this Policy and any Riders to be converted are in force; and (4) premiums on this Policy are not being waived under any rider attached to this Policy. After this Policy has been in force for five years the new policy may be: (1) a decreasing term insurance to age 100 policy; or (2) an annual renewable term insurance to age 100 policy. At any time, the new policy may be any other nonparticipating plan of insurance written by us at the Insured's then current Attained Age. The face amount of the new policy must be not less than the minimum required by us for the plan selected nor greater than the face amount of this Policy and Rider(s) being converted. We will issue the new policy without evidence of insurability. The new policy will take effect on the date of conversion. However, the Date of Issue of the new policy with respect to the Incontestability and Suicide Provisions will be the Date of Issue of this Policy. The premium for any rider continued after conversion will be added to the premium for the new policy.

Current premiums for each one thousand dollars of initial face amount of decreasing term insurance to age 100 and the maximum to which we may increase them are shown in Table C on Page 3C. The initial face amount is payable on the death of the Insured during the first policy year after conversion. The face amount payable on the death of the Insured in subsequent years is determined from Table D on Page 3D. This table shows the face amount for each one hundred dollars of Basic Annual Premium based on our current rates and the minimum to which these amounts may be reduced. Basic Annual Premium is the premium being paid less the annual policy charge. Current premiums for each one thousand dollars of face amount of annual renewable term insurance to age 100, and the maximum to which we may increase them, are shown in Table C on Page 3C. Any other policy will be issued at our premium rates for the Insured's Attained Age at the date of conversion for the same class of risk as this Policy.

If, on the Expiry Date, any premium due would have been waived under a rider attached to this Policy, this Policy will be converted, as described above, to an annual renewable term policy and premiums under the new policy will be waived so long as the Insured qualifies for premium waiver under that rider.

*CONVERSION AS OF THE POLICY DATE* - This Policy and any life riders covering the Insured attached to it may be converted to any nonparticipating plan of insurance written by us on the Date of Issue of this Policy if the following conditions are met: (1) we receive Notice to Us for conversion; (2) you pay us in cash the reserve of the new policy at conversion, increased by 6%; (3) this Policy and any Riders to be converted are in force; and (4) premiums for this Policy are not being waived under any rider attached to this Policy. The face amount of the new policy must be not less than the minimum required by us for the plan selected nor greater than the face amount of this Policy and Rider(s) being converted. We will issue the new policy without evidence of insurability. The new policy will have as its effective date the Policy Date of this Policy. The new policy will be issued using the premium rates applicable on the Date of Issue of this Policy for the same class of risk as this Policy. The premium for any rider continued after conversion will be added to the premium for the new policy.

*RIDERS* - The continuation in the new policy of any benefits provided by other rider(s) to this Policy will be subject to the provision, if any, in the rider for continuation or conversion.

*EXTENSION OF PERIOD FOR CONVERSION* - If this Policy is kept in force to the Expiry Date, a period of 31 days following the Expiry Date will be allowed for conversion of this Policy under the provision for conversion at attained age.

## PART 6
## SETTLEMENT OPTIONS

Upon your written request, we will pay any proceeds of this policy payable upon surrender or death, in accordance with one of the following options. If no settlement agreement is effective at the death of the Insured, the beneficiary may select one of the following options for payment of the proceeds.

An option of settlement will be available only if the amount to be applied for any payee is at least $1,000 and is also sufficient to provide a periodic installment or interest payment of at least $10. If the payee is not an individual receiving payment in his or her own right, an option of settlement will be available only with our consent.

*OPTION A. INSTALLMENTS FOR A FIXED PERIOD* - The proceeds will be paid in equal installments for the fixed period. The frequency of the installments and the fixed period will be as selected. The fixed period must not exceed 25 years. Table A shows the amount of the installments.

*OPTION B. MONTHLY INSTALLMENTS FOR A FIXED PERIOD AND THEREAFTER FOR LIFE* - The proceeds will be paid in equal monthly installments for a period of 10, 15, or 20 years and thereafter as long as the payee lives. The amount of each monthly installment will be determined from Table B below according to the period selected, the sex of the payee and the age of the payee on the date the first installment is payable.

*OPTION C. INTEREST* - The proceeds will be held by us subject to withdrawal in whole or in part at any time. Any proceeds not withdrawn will be paid at the death of the payee or at any earlier date selected. Interest on any unpaid balance will be accumulated or paid annually, semiannually, quarterly or monthly as selected.

*OPTION D. INSTALLMENTS OF A SELECTED AMOUNT* - The proceeds will be paid in equal installments for the amount selected until the proceeds and interest are fully paid.

The first installment under Option A, B or D is payable on the date the option becomes effective. The interest rate for Option A, B, C or D will not be less than 3- 1/2% annually. Any proceeds being held by us will be mingled with our general assets.

## EQUAL MONTHLY INSTALLMENTS FOR EACH $1,000 PAYABLE UNDER OPTION A AND B

| TABLE A | | TABLE B | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AGE++ | | Fixed Period In Years | | | AGE++ | | Fixed Period In Years | | | AGE++ | | Fixed Period In Years | | |
| Years | Amount+ | Male | Female | 10 | 15 | 20 | Male | Female | 10 | 15 | 20 | Male | Female | 10 | 15 | 20 |
| 1 | $84.65 | **6 | **11 | $3.19 | $3.19 | $3.18 | 31 | 36 | $3.70 | $3.69 | $3.67 | 56 | 61 | $5.24 | $5.07 | $4.85 |
| 2 | 43.05 | 7 | 12 | 3.20 | 3.20 | 3.20 | 32 | 37 | 3.73 | 3.72 | 3.70 | 57 | 62 | 5.34 | 5.15 | 4.91 |
| 3 | 29.19 | 8 | 13 | 3.21 | 3.21 | 3.21 | 33 | 38 | 3.77 | 3.75 | 3.74 | 58 | 63 | 5.45 | 5.24 | 4.97 |
| 4 | 22.27 | 9 | 14 | 3.22 | 3.22 | 3.22 | 34 | 39 | 3.80 | 3.79 | 3.77 | 59 | 64 | 5.56 | 5.33 | 5.03 |
| 5 | 18.12 | 10 | 15 | 3.24 | 3.24 | 3.23 | 35 | 40 | 3.84 | 3.83 | 3.81 | 60 | 65 | 5.68 | 5.42 | 5.10 |
| 6 | 15.35 | 11 | 16 | 3.25 | 3.25 | 3.25 | 36 | 41 | 3.88 | 3.87 | 3.84 | 61 | 66 | 5.80 | 5.51 | 5.16 |
| 7 | 13.38 | 12 | 17 | 3.27 | 3.26 | 3.26 | 37 | 42 | 3.93 | 3.91 | 3.88 | 62 | 67 | 5.93 | 5.61 | 5.21 |
| 8 | 11.90 | 13 | 18 | 3.28 | 3.28 | 3.27 | 38 | 43 | 3.97 | 3.95 | 3.92 | 63 | 68 | 6.07 | 5.70 | 5.27 |
| 9 | 10.75 | 14 | 19 | 3.30 | 3.29 | 3.29 | 39 | 44 | 4.02 | 4.00 | 3.96 | 64 | 69 | 6.21 | 5.80 | 5.33 |
| 10 | 9.83 | 15 | 20 | 3.31 | 3.31 | 3.31 | 40 | 45 | 4.07 | 4.05 | 4.00 | 65 | 70 | 6.35 | 5.90 | 5.38 |
| 11 | 9.09 | 16 | 21 | 3.33 | 3.33 | 3.32 | 41 | 46 | 4.13 | 4.09 | 4.05 | 66 | 71 | 6.50 | 6.00 | 5.43 |
| 12 | 8.46 | 17 | 22 | 3.35 | 3.34 | 3.34 | 42 | 47 | 4.18 | 4.14 | 4.09 | 67 | 72 | 6.66 | 6.10 | 5.48 |
| 13 | 7.94 | 18 | 23 | 3.37 | 3.36 | 3.36 | 43 | 48 | 4.24 | 4.20 | 4.14 | 68 | 73 | 6.83 | 6.19 | 5.52 |
| 14 | 7.49 | 19 | 24 | 3.38 | 3.38 | 3.38 | 44 | 49 | 4.30 | 4.25 | 4.16 | 69 | 74 | 7.00 | 6.29 | 5.56 |
| 15 | 7.10 | 20 | 25 | 3.40 | 3.40 | 3.40 | 45 | 50 | 4.36 | 4.31 | 4.23 | 70 | 75 | 7.17 | 6.38 | 5.60 |
| 16 | 6.76 | 21 | 26 | 3.43 | 3.42 | 3.42 | 46 | 51 | 4.43 | 4.37 | 4.28 | 71 | 76 | 7.35 | 6.47 | 5.63 |
| 17 | 6.47 | 22 | 27 | 3.45 | 3.44 | 3.44 | 47 | 52 | 4.49 | 4.43 | 4.34 | 72 | 77 | 7.53 | 6.55 | 5.66 |
| 18 | 6.20 | 23 | 28 | 3.47 | 3.47 | 3.46 | 48 | 53 | 4.56 | 4.49 | 4.39 | 73 | 78 | 7.71 | 6.63 | 5.68 |
| 19 | 5.97 | 24 | 29 | 3.49 | 3.49 | 3.48 | 49 | 54 | 4.64 | 4.55 | 4.44 | 74 | 79 | 7.89 | 6.71 | 5.70 |
| 20 | 5.75 | 25 | 30 | 3.52 | 3.51 | 3.51 | 50 | 55 | 4.71 | 4.62 | 4.50 | 75 | 80 | 8.07 | 6.78 | 5.72 |
| 21 | 5.56 | 26 | 31 | 3.54 | 3.54 | 3.54 | 51 | 56 | 4.79 | 4.69 | 4.55 | 76 | 81 | 8.25 | 6.84 | 5.73 |
| 22 | 5.39 | 27 | 32 | 3.57 | 3.57 | 3.56 | 52 | 57 | 4.87 | 4.76 | 4.61 | 77 | 82 | 8.43 | 6.89 | 5.74 |
| 23 | 5.24 | 28 | 33 | 3.60 | 3.59 | 3.58 | 53 | 58 | 4.96 | 4.84 | 4.67 | 78 | 83 | 8.60 | 6.94 | 5.74 |
| 24 | 5.09 | 29 | 34 | 3.63 | 3.62 | 3.61 | 54 | 59 | 5.05 | 4.91 | 4.73 | 79 | 84 | 8.77 | 6.98 | 5.75 |
| 25 | 4.96 | 30 | 35 | 3.66 | 3.65 | 3.64 | 55 | 60 | 5.14 | 4.99 | 4.79 | *80 | *85 | 8.93 | 7.01 | 5.75 |

+  Multiply the monthly installment found in Table A by 2.991 to obtain the quarterly installment, by 5.957 to obtain the semiannual installment, and by 11.813 to obtain the annual installment.

++  The age in years given for male or female is the nearest birthday of the payee when payment begins.

*  And over

**  And under

**MODIFIED PREMIUM TERM LIFE INSURANCE TO
THE EXPIRY DATE, WITH CONVERSION PRIVILEGES.**

**NONPARTICIPATING**

# PRIMERICA LIFE INSURANCE COMPANY

Executive Offices: 1 Primerica Parkway, Duluth, Georgia 30099-0001

### SPOUSE TERM INSURANCE

*We have issued* this Rider as a part of the Policy to which it is attached. It is subject to the provisions of this Rider and the Policy. In case of conflict between this Rider and the Policy, the Rider provisions will control.

*Benefit* - We will pay the Face Amount of this Rider, as shown on Page 2 of this Rider, to the Beneficiary upon receiving due proof that the death of the Insured Spouse occurred while this Rider is in force.

*Insured Spouse* - The Insured Spouse is the spouse of the Insured named in the application for this Rider.

*Beneficiary* - The Beneficiary under this Rider shall be the Insured under the Policy, if living, otherwise it shall be the estate of the Insured Spouse.

*Change of Beneficiary* - A change of Beneficiary may only be made by filing a Notice to Us. Such Notice to Us must be signed by you while the Insured Spouse is alive. A Beneficiary designated irrevocably may not be changed except with the written consent of that Beneficiary. A change of Beneficiary will not be effective until received at our Executive Office. When so received, even if the Insured Spouse is not then living, the change of Beneficiary will take effect on the date the notice was signed, subject to any payment made by us in good faith before receiving the change.

*Term Period* - The Term Period of this Rider shall begin on the Rider Date and end at the Policy anniversary nearest the Insured Spouse's 90th birthday.

*Incontestability and Suicide* - If this Rider is issued after the Date of Issue of the Policy, then, in applying the provisions of the Policy relating to incontestability and suicide to this Rider, the Rider Date shall be substituted for the "Date of Issue".

*Termination* - This Rider shall terminate: (1) if any premium remains unpaid after the end of the Grace Period; (2) if the Policy is surrendered or continued under a nonforfeiture provision, if any; (3) if the Policy becomes paid-up or matures or terminates; (4) if this Rider is converted to a new policy; (5) at the end of the Term Period of this Rider; or (6) at any premium due date upon prior Notice to Us by the owner of the Policy.

*Privilege of Continuation* - If the Policy, exclusive of Riders, is converted, this Rider may be continued as a part of the new Policy.

*Nonparticipation* - This Rider does not participate in the profits or surplus of the Company.

*Consideration* - This Rider is issued in consideration of the application for this Rider, a copy of which is attached to the Policy, and payment of the premium for this Rider. The premium for this Rider is payable under the same conditions as the premium for the Policy, except that such premium shall cease to be payable whenever this Rider terminates. Premiums are not payable past the Insured Spouse's 90th birthday. Premiums payable during the Initial Period will be the Current Premium shown on Page 2, unless changed by us. Current Premiums during Subsequent Periods will be determined using Table B on Page 3B of the Policy, unless changed by us. We will mail written notice to you at least 60 days prior to the date on which a change in the Current Premiums will become effective. Any such change will affect all riders of this form issued in the same year to Insured Spouses having the same Issue Age and State of residence. In no event will the new premiums be greater than the Maximum Annual Premiums shown on Page 3A during the Initial Period nor greater than the Maximum Annual Premium shown on Page 3B during Subsequent Periods. All premiums under this Rider will be determined without addition of the Annual Policy Charge.

*Conversion Provisions* - This Rider may be converted to a new policy on the life of the Insured Spouse. The privileges, conditions and restrictions described in Part Five of the Policy all apply to such conversion. Any applicable policy charge will be included in the premium for the new policy.

Signed at Duluth, Georgia, on the Rider Date.

*Secretary*

*President*

```
                        RIDER SPECIFICATIONS


    FORM          FACE           CURRENT              DISABILITY
   NUMBER        AMOUNT      ANNUAL PREMIUMS *          WAIVER

   ML-877S      $50,000     YEARS 1 THRU 20: ██████   ( NOT INCLUDED )

      * SUBJECT TO CHANGE. SEE CONSIDERATION PROVISIONS.

                          RIDER SCHEDULE

     POLICY NUMBER   0411846774      INSURED SPOUSE  BETTY JO REID

     ISSUE AGE       35              DATE OF ISSUE   NOVEMBER 11, 2016

     FACE AMOUNT     $50,000         RIDER DATE      AUGUST 25, 1986

     PREMIUM CLASS   STANDARD / NON-SMOKER  EXPIRY DATE  AUGUST 25, 2041
```

# PRIMERICA LIFE INSURANCE COMPANY

Executive Offices: 1 Primerica Parkway, Duluth, Georgia  30099- 0001

**ENDORSEMENT**

This Endorsement is made a part of the policy to which it is attached.

The Misstatement of Age or Smoking Status provision is hereby deleted and the following substituted therefor:

> MISSTATEMENT OF AGE -  If age has been misstated, any amounts payable will be based
> on the true age. We will be liable only for the amount of coverage the premiums paid would
> have purchased under our rates in effect on the Date of Issue for the correct age.

This endorsement shall not waive, alter or extend in any respect, except as herein stated, any of the conditions,
provisions or agreements of the Policy to which it is attached.

*Stacy K. Gee*

*Secretary*

MLA- 751

## IMPORTANT NOTICE TO POLICYHOLDERS

In the event you have questions about your policy for any reason, please contact your agent. Additionally, you may contact the insurance company issuing this policy at the following address and telephone number:

**PRIMERICA LIFE INSURANCE COMPANY**
**ATTENTION: POLICYOWNER SERVICE**
**1 PRIMERICA PARKWAY**
**DULUTH, GEORGIA  30099- 0001**
**TOLL- FREE NUMBER:  1- 800- 257- 4725**

If we at Primerica Life Insurance Company fail to provide you with reasonable and adequate service, you should feel free to contact:

**STATE OF ARKANSAS**
**ARKANSAS INSURANCE DEPARTMENT**
**CONSUMER SERVICES DIVISION**
**1200 WEST 3RD STREET**
**LITTLE ROCK, AR 72201- 1904**
**1- 800- 852- 5494**

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company or the Insurance Department, please have your policy number available.

MCF- 197 AR                                                                                           6.90

## LIMITATIONS AND EXCLUSIONS UNDER THE
## ARKANSAS LIFE AND HEALTH INSURANCE
## GUARANTY ASSOCIATION ACT

Residents of this state who purchase life insurance, annuities or health and accident insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association"). The purpose of the Guaranty Association is to assure that policy and contract owners will be protected, within certain limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of policy owners who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by the member insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting insurance companies that are well- managed and financially stable.

---

### DISCLAIMER

The Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association") may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions and require continued residency in this state. You should not rely on coverage by the Guaranty Association in purchasing an insurance policy or contract.

Coverage is NOT provided for your policy or contract or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as non- guaranteed amounts held in a separate account under a variable life or variable annuity contract.

Insurance companies or their agents are required by law to provide you with this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

The Arkansas Life and Health Insurance Guaranty Association
c/o The Liquidation Division
1023 West Capitol
Little Rock, Arkansas 72201

Arkansas Insurance Department
1200 West Third Street
Little Rock, Arkansas 72201- 1904

---

The state law that provides for this safety- net is called the Arkansas Life and Health Insurance Guaranty Association Act ("Act"). Below is a brief summary of the Act's coverages, exclusions and limits. This summary does not cover all provisions of the Act; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

## COVERAGE

Generally, individuals will be protected by the Guaranty Association if they live in this state and hold a life, annuity or health insurance contract or policy, or if they are insured under a group insurance contract issued by a member insurer. The beneficiaries, payees or assignees of policy or contract owners are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons owning such policies are NOT protected by the Guaranty Association if:

- They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- The insurer was not authorized to do business in this state;
- Their policy or contract was issued by a nonprofit hospital or medical service organization, an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policy or contract owner is subject to future assessments, or by an insurance exchange.

The Guaranty Association also does NOT provide coverage for:

- Any policy or contract or portion thereof which is not guaranteed by the insurer or for which the owner has assumed the risk, such as non- guaranteed amounts held in a separate account under a variable life or variable annuity contract.
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate yields that exceed an average rate;
- Dividends and voting rights and experience rating credits;
- Credits given in connection with the administration of a policy by a group contract holder;
- Employers' plans to the extent they are self- funded (that is, not insured by an insurance company, even if an insurance company administers them);
- Unallocated annuity contracts (which give rights to group contractholders, not individuals);
- Unallocated annuity contracts issued to/in connection with benefit plans protected under Federal Pension Benefit Corporation ("FPBC") (whether the FPBC is yet liable or not);
- Portions of an unallocated annuity contract not owned by a benefit plan or a government lottery (unless the owner is a resident) or issued to a collective investment trust or similar pooled fund offered by a bank or other financial institution);
- Portions of a policy or contract to the extent assessments required by law for the Guaranty Association are preempted by State or Federal law;
- Obligations that do not arise under the policy or contract, including claims based on marketing materials or side letters, riders, or other documents which do not meet filing requirements, or claims for policy misrepresentations, or extra- contractual or penalty claims;
- Contractual agreements establishing the member insurer's obligations to provide book value accounting guarantees for defined contribution benefit plan participants (by reference to a portfolio of assets owned by a nonaffiliate benefit plan or its trustees).

## LIMITS ON AMOUNT OF COVERAGE

The Act also limits the amount the Guaranty Association is obligated to cover: The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Guaranty Association will pay a maximum of $300,000 in life and annuity benefits and $500,000 in health insurance benefits - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within these overall limits, the Association will not pay more than $300,000 in disability and long term care benefits, $500,000 in health insurance benefits, $300,000 in present value of annuity benefits, or $300,000 in life insurance death benefits or net cash surrender values - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages. There is a $1,000,000 limit with respect to any contract holder for unallocated annuity benefits, irrespective of the number of contracts held by the contract holder. These are limitations for which the Guaranty Association is obligated before taking into account either its subrogation and assignment rights or the extent to which those benefits could be provided out of the assets of the impaired or insolvent insurer.

**MASSACHUSETTS INDEMNITY AND LIFE INSURANCE COMPANY**
REGIONAL OFFICE: 2300 Parklake Drive, N.E., Box 29500, Atlanta, Georgia 30359
A PENNCORP COMPANY
**APPLICATION FOR LIFE INSURANCE**     Date of Application 03 / 2 / 86

| | | | |
|---|---|---|---|
| 1 | **NAME** | *Reid    Garvin  G* ☐ Male  ☑ Female  ☑ Married  ☐ Single | DATE OF BIRTH / AGE     BIRTHPLACE *ARK* STATE |
| | | *Last Name   First Name   Middle Initial*   Social Security No. | |

| | | | |
|---|---|---|---|
| 2 | **RESIDENCE ADDRESS** | NUMBER   STREET OR RTE.   CITY   ST   ZIP CODE | YRS. AT ADDR. 1 | IF LESS THAN TWO YRS. SHOW FORM—ER ADDRESS IN 2A BELOW |
| 2A | **FORMER ADDRESS** | NUMBER   STREET OR RTE.   CITY   ST   ZIP CODE | YRS. AT ADDR. 1 | |

| | | | | |
|---|---|---|---|---|
| 3 | **OCCUPA-TION** | *Dry wall Finisher* EXACT DUTIES | EMPLOYER'S NAME & ADDRESS *Bill Toypin Painting Co  Little Rock  Ark* | YRS. EMP. 2 | MONTHLY EARNINGS |

| | | | |
|---|---|---|---|
| 4 | NOTICES TO: ☑ INSURED ☐ OTHER ☐ OWNER | IF OTHER, GIVE NAME AND ADDR. NUMBER   STREET OR RTE.   CITY   ST   ZIP CODE | PHONE NO. OF APPLICANT HOME WORK |

| | | | | |
|---|---|---|---|---|
| 5 | **LIFE INSURANCE** | Base Plan *None Smoker* *CST 20* Amt. *100,000* | Spouse Rider *Non Smoker* *CST 20* Amt. *50,000* | *Non Smoker* |
| | | Term Rider         Amt. | Family Riders: | |
| | | Term Rider         Amt. | ☐ Family _____units ☐ Spouse only _____units ☐ Children only 5 units | |
| | | ☐ ADB $_____   ☐ A.P.L. (if available) ☑ WP | ☐ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | **ANNUITY** | Rider *NO* Policy | Annuity Age | Maturity Age | Mode Contribution ☐ Contributions to begin ☐ WP and DI | Single Payment ☐ At Issue ☐ 13th Month |

| | | |
|---|---|---|
| 7 | **PREMIUMS** | ☐ Annual   ☐ Semiannual   ☐ Quarterly   ☑ Monthly PAC   ☐ Monthly Govt. Allot |

| | | | |
|---|---|---|---|
| 8 | **BENEFICIARY** | PRIMARY *Betty Jo Reid* | RELATIONSHIP *Wife* |
| | | CONTINGENT *Kristy Misty Jodie Jebri* | RELATIONSHIP *Children* |

| | | | | | |
|---|---|---|---|---|---|
| 9 | **EXISTING INSURANCE** | List Below Details Of The Insurance In Force On The Proposed Insured (If None, Say None) | | | |
| | | Name of Company | Amount | ADB | Yr. Issued | Replacement |
| | | *NONE* | | | | ☐ YES ☐ NO |
| | | | | | | ☐ YES ☐ NO |
| | | | | | | ☐ YES ☐ NO |
| | | | | | | ☐ YES ☐ NO |

| | | |
|---|---|---|
| 10 | **REPLACE-MENT** | WILL THE POLICY APPLIED FOR REPLACE ANY EXISTING INSURANCE OR ANNUITY?  ☐ Yes  ☑ No     If YES check Company(s) to be replaced above. |

| | | |
|---|---|---|
| 11 | **APPLICANT/ OWNER** | ☑ PROPOSED INSURED     ☐ OTHER (GIVE FULL NAME AND RELATIONSHIP BELOW) OWNER'S SOCIAL SECURITY NUMBER OWNER'S ADDRESS TO WHOM IS CONTROL OF POLICY TO PASS IN EVENT OF OWNER'S DEATH? (ANSWER ONLY IF OWNER IS AN INDIVIDUAL) |

| | | |
|---|---|---|
| 12 | **SPECIAL REQUESTS** | Settlement options, policy date, alternates, etc. *All Children of This Marriage  Share & Share alike* |

| | | |
|---|---|---|
| 13 | **HOME OFFICE ENDORSE-MENTS** | (for Administrative Office Use Only)   **11846774** |

ML A-620     AMOUNT PAID WITH APPLICATION  $ _____     11.82

PLAINTIFF'S EXHIBIT B

THIS DOCUMENT FILMED ON 0 NU

**Page Two of Application to MASSACHUSETTS INDEMNITY AND LIFE INSURANCE COMPANY**

COMPLETE SECTION 1: IF SPOUSE, CHILDREN ARE PROPOSED FOR INSURANCE UP R SUPPLEMENTARY RIDERS OR BENEFITS

| Full names of spouse and children proposed for insurance | State of Birth | Sex | Relationship (son, daughter, stepchild, etc.) | Mo. | Day | Yr. | AGE | Ft. | In. | Lbs. |
|---|---|---|---|---|---|---|---|---|---|---|
| Spouse: 1- BeTTY Jo Reid | ARK | F | WIFe | | | | 34 | 5 | 3 | 155 |
| Children: 2- KRISTY ANN Reid | ARK | F | daughter | | | | 16 | 5 | 5 | 130 |
| 3- MisTY MiChille Reid | ARK | F | daughter | | | | 12 | 4 | 10 | 120 |
| 4- JODie KAY Reid | ARK | F | daughter | | | | 7 | 4 | 0 | 65 |
| 5- JeRRY Joe DolPhus Reid | ARK | M | SoN | | | | 3 | 3 | 4 | 35 |

NAME AND ADDRESS OF REGULAR MEDICAL ATTENDANT OF PRIMARY INSURED: DR RA HiNKle    NUMBER   STREET   CITY QuiTMAN ARK   STATE   ZIP 72131

Spouse's Occupation: HOUSe Wife

In Items 3 through 13 below, the word "you" refers to each person proposed for coverage under this application. Questions 2-13 must be completed for all persons to be insured even if a medical examination is to be completed.

**(Proposed Insured)**
2. Height: 5 Ft. 11 In.   Weight: 194 Lbs.   Have you gained or lost weight during past year? NO   Lbs. Gained? NO Lost? NO Cause NO

DETAILS of "Yes" answers. (IDENTIFY INDIVIDUAL QUESTION NUMBER, CIRCLE APPLICABLE ITEMS): Include diagnosis, dates, duration and full names and addresses of all attending physicians and medical facilities. For family history give relationship, age and indicate if living or dead.

3. Have you ever been treated for or ever had any known indication of:
a. Disorder of eyes, ears, nose, or throat? — No
b. Epilepsy, fainting, convulsions, headache; speech defect, paralysis or stroke; mental or nervous disorder? — No
c. Shortness of breath, persistent hoarseness or cough; blood spitting, bronchitis, pleurisy, asthma, emphysema, tuberculosis or any other disease of the lungs or respiratory system? — No
d. Chest pain, palpitation, high blood pressure, rheumatic fever, heart murmur, heart attack or other disorder of the heart or blood vessels? — No
e. Jaundice, intestinal bleeding; ulcer, hernia, appendicitis, colitis, diverticulitis, hemorrhoids, recurrent indigestion, or other disorder of the stomach, intestines, liver, pancreas, or gall bladder? — No
f. Sugar, albumin, blood or pus in urine; venereal disease, stone or other disorder of kidney, bladder, prostate or reproductive organs? — No
g. Diabetes, thyroid or other endocrine disorders? — No
h. Neuritis, sciatica, rheumatism, (arthritis) gout, or disorder of the muscles or bones, including the spine, (back) or joints? — Yes
i. Deformity, lameness or amputation? — No
j. Disorder of skin; lymph glands, cyst, tumor or cancer? — No
k. Allergies; anemia or other disorder of the blood? — No
l. Except as prescribed by a Physician, have you ever used heroin, morphine, or other narcotic drugs (including barbiturates, L.S.D. or marijuana)? — No
m. Excessive use of alcohol, sedatives or any habit forming drugs? — No
4. Are you now under observation or receiving treatment for a mental, physical or nervous condition? — No
5. Other than above, have you within the past 5 years:
a. Had any mental or physical disorder not listed above? — No
b. Had a checkup, consultation, illness, injury, surgery? — No
c. Been a patient in a hospital, clinic, sanatorium, or other medical facility? — No
d. Had electrocardiogram, X-ray, other diagnostic test? — No
e. Been advised to have any diagnostic test, hospitalization, or surgery which was not completed? — No
6. Family History: Tuberculosis, diabetes, cancer, high blood pressure, heart or kidney disease, mental illness or suicide? GARVIN BeTTY'S — Yes

3 H GARViN 1985
(ARThRiTis) Dr. RA HiNKle
QuiTMAN ARK 589-2600
TReATed GARViN With Medicine
3 H 1985 DR KAReN HARSh
5 CoRDobA LN HoTSpRiNgs
Village HoT SpRiNgS ARK
TReATed GARViN FoR ARThRiTis ANd
gave him MOTReN.

3 h GARViN 1966 is
2 HAiRLiNe FRACTuRes ON RiS
BACK Wore BRACe FoR
6 MoNThS HAS HAd No PRoBlem
SiNCe HAS NoT missed ANY
WoRK BeCAuse oF This
GARViN does NoT RememBeR
The DR NAme oR phoNe No
oR AddResS
He WAS iN uNiVeRSiTY HospiTAl
uNiVeRSiTY AVe
LiTTle RoCk, ARK

| FAMILY RELATIONSHIP | AGE IF LIVING | AGE AT DEATH | CAUSE OF DEATH |
|---|---|---|---|
| MOTHER | 67 | 59 | |
| FATHER | | 65 44 | |
| BROTHERS & SISTERS | | | |

DR EleNoRA LipSMeYeR 1985 Aug
4301 West MARkhAm  phone 661-5589
phone 661-5589
LiTTle RoCk ARK 71901
Checked GARViN FoR ARThRiTis.

Liv.Ng 31 - 35 - 41 - 43 - 5Q
MLA-620  Deceased  27 . 37, 43 (GARviN)
Living 12 - 22 - 23 25 26 27 - 32 - 37 - 38
(BeTTY) Deceased. 5

10.82

THIS DOCUMENT FILMED ON *8-20*

### Page Three of Application to MASSACHUSETTS INDEMNITY AND LIFE INSURANCE COMPANY

7. Have you ever had military service deferment, rejection or discharge because of a physical or mental condition?
☐ Yes  ☑ No

8. Have you ever requested or received a pension, benefits, or payment because of an injury, sickness or disability?
☐ Yes  ☑ No

9. Have you ever been declined, postponed or rated for insurance; or had a policy rated, cancelled or limited, or renewal or reinstatement refused? (Give companies and dates)  ☐ Yes  ☑ No

10. Have you ever been an airplane pilot, crew member, or received instructions or do you contemplate doing so?
☐ Yes  ☑ No   (If yes, complete appropriate section of hazardous sports questionnaire MLA-81)

11. Are you now a member of the Armed Forces active reserve, ROTC or National Guard or have you been ordered to report for induction?  ☐ Yes  ☑ No   (If yes, give details under "Agent's Comments".)

12. Have you ever engaged in or do you intend to engage in any hazardous avocation or sport such as skin diving, mountain climbing, hang gliding, parachuting or automobile, motorcycle or motor boat racing?  ☐ Yes  ☑ No   (If yes, complete hazardous sports questionnaire MLA-81.)

13. Do you smoke cigarettes now?  ☐ Yes  ☑ No   If yes, how long? _____ years; number of packs per day _____

Have you stopped smoking within the last 12 months?  ☐ Yes  ☑ No   If stopped, when *Garven 1924*
How long did you smoke? *Garven 15 / Betty* years; number of packs per day *Garven Betty   Betty 1982*

The Proposed Insured(s) and the Applicant, if other than the Proposed Insured(s), hereby declare(s) that the foregoing statements and answers, as well as any made in continuation hereof, are complete and true to the best of my (our) knowledge and belief. It is also agreed as follows: (1) That all of said statements and answers, including those in any continuation hereof, shall constitute the application and shall form the basis of any contract of insurance that may be issued; (2) except as provided in the terms of the Conditional Premium Receipt given in exchange for payment of the first premium and bearing the same date and number as this application, the Company shall incur no liability under this application until it has been received and approved, a policy issued and delivered and the full first premium specified in the policy has actually been paid to and accepted by the Company, all while the health, habits and any other condition relating to each person proposed for insurance are as described in this application; (3) that if the Company should issue a policy different from that applied for, or in the case of apparent errors or omissions discovered by the Company, the Company is hereby authorized to amend this application by recording the change in the space entitled "Home Office Endorsements"; and the acceptance of any policy issued on this application shall constitute an approval of the policy provisions and a ratification of such amendment; except that in those states where statutes or insurance regulations so require, any amendment relating to amount, classification, plan of insurance or benefits shall be made only with the written consent of the Proposed Insured and the applicant if other than the Proposed Insured; (4) no agent of the Company nor any broker is authorized to make or modify contracts or waive any of the Company's rights or requirements.

Dated at *Gittman  ARK*  this  *2*  day of *August*  19 *86*
         City and State

*Haralene Norbright K 7353*                          x *Garven G. Reid*
Signature of 1st Agent         Agent Code No.                     Signature of Proposed Insured (Age 15 and over)

                                                       x *Betty Oe Reid*
Signature of 2nd Agent         Agent Code No.                     Signature of Spouse (if Spouse is to be insured)

                                                       Signature of Applicant/Owner if other than Proposed Insured

11846774

MLA-820                                                                                    10.82

# PRIMERICA LIFE INSURANCE COMPANY
EXECUTIVE OFFICE: 3120 Breckinridge Boulevard • Duluth, Georgia 30099-0001

Client Services 1-800-257-4725                                Personal RVP Line 1-800-737-6596

## MULTIPURPOSE CHANGE FORM

### POLICY OWNER INFORMATION (COMPLETE FOR ANY CHANGES FRONT AND BACK)

Policy Owner ___Garvin G Reid___                  Policy Number ___0411846774___

Owner's Date of Birth _____                      Social Security Number _____

Current Address _____                                              ☐ IF NEW ADDRESS CHECK HERE

                                                                      Zip Code _____

Day Phone No. _____  ☑ Home  ☐ Work  ☐ Other   Night Phone No. _____  ☐ Home  ☐ Work  ☑ Other

### NAME CHANGE

☐ Policy Owner    ☐ Primary Insured    ☑ Insured Spouse    ☐ Other Insured    ☐ Child

Print Name __Betty__  __Reid__        New Name __Ila__  __Elaine__  __Reid__
First  (Middle)  Last                         First  Middle  Last

New Signature __Ila E. Reid__         Reason For Change __Marriage__
(Your New Signature Here)                   (Marriage, Court Order, etc.)

Authorization for Name Change

X __Lisa Jones__ Date _4-31-02_      X __Garvin G. Reid__ Date _4-31-02_
Signature of Witness or Agent & Solution         Signature of Policy Owner

### TRANSFER OWNERSHIP

I, _____ the owner of Policy # _____ issued on the life of _____
          Name of Present Owner

transfer ownership of said Policy, along with all rights, title and interest

In said Policy to _____ (NEW OWNER MUST COMPLETE THE FOLLOWING):
               Name of New Owner

Social Security Number |__|__|__|__|__|__|__|__|__|   Day Phone Number |__|__|__|__|__|__|__|__|__|__|
                                                      ☐ Home ☐ Work ☐ Other

Date of Birth _____                                 Night Phone Number |__|__|__|__|__|__|__|__|__|__|
                                                      ☐ Home ☐ Work ☐ Other

Relationship to Insured _____

Address _____

Authorization for Ownership Change

X _____                    X _____
   Signature of Witness or Agent & Solution              Signature of Present Policy Owner

X _____                    X _____
   Signature of Witness or Agent & Solution              Signature of New Policy Owner

X _____                    X _____
   Signature of Witness or Agent & Solution              Signature of Policy Owner's Spouse (if live in Community Property State)

SIGNED THIS _____ DAY OF _____

PLA-83                                                        1.00

**PCF0411846774**

PLAINTIFF'S EXHIBIT C

## CHANGE BENEFICIARY

All designations of present beneficiaries and elections of settlement options pertaining to death benefits on the referenced Policy are hereby revoked and the proceeds payable under said Policy are to be paid to the following named person(s) as specified below pursuant to the payment provisions of said Policy, with the right to change the designation reserved.

**PRINCIPAL BENEFICIARY** Principal Beneficiaries in equal shares to the survivors, unless otherwise directed in the percentage and column. If this is a Revocable Beneficiary designation check here ☐

| 1. | First Name | Middle Name | Last Name | Social Security Number | Percentage Amount |
|---|---|---|---|---|---|
| | Ila | Mauer | Reid | | 100 |
| | | | wife | | |
| 2. | | Middle Name | Last Name | Social Security Number | Percentage Amount |
| | | | | Relationship to Insured | |
| 3. | | Middle Name | Last Name | Social Security Number | Percentage Amount |
| | | | | Relationship to Insured | |
| 4. | | Middle Name | Last Name | Social Security Number | Percentage Amount |
| | | | | Relationship to Insured | |

**CONTINGENT BENEFICIARY** Contingent Beneficiaries in equal shares to the survivors, unless otherwise directed in the percentage and column.

| 1. | | Middle Name | Last Name | Social Security Number | Percentage Amount |
|---|---|---|---|---|---|
| | | | | Relationship to Insured | |
| 2. | | Middle Name | Last Name | Social Security Number | Percentage Amount |
| | | | | Relationship to Insured | |

**SPOUSE RIDER BENEFICIARY**

| 1. | | Middle Name | Last Name | Social Security Number | Percentage Amount |
|---|---|---|---|---|---|
| | | | | Relationship to Insured | |

**IF A MINOR (BELOW THE AGE OF 18) IS LISTED ABOVE, PLEASE DESIGNATE A TRUSTEE**

Minor's Name

| | Middle Name | Last Name | Relationship | Percentage |
|---|---|---|---|---|

Authorization for Beneficiary Change

SIGNED THIS 21 DAY OF April 2002

x _Lisa Oras_        x _Darrin G. Reid_
(Signature)          (Signature)

x _Tammy Roth_       x _Ila E. Reid_
(Signature)          (Signature)

**OTHER MISCELLANEOUS CHANGES**

**ENDORSED BY ATTACHMENT**
PRIMERICA LIFE INSURANCE COMPANY

By _____
(Signature of Officer)                    Date

May 06, 2002

0411846774
Garvin G Reid
<span style="background:black">████████████████████</span>

**For Client Services**
**Mon. - Fri. 8am - 5pm**
**Call 1-800-257-4725**
**1-800-338-6666 Spanish**
**Hearing Impaired Call:**
**1-800-824-1715**

Re - Garvin G Reid

Dear Policyowner:

We have received your request to process a change on your policy.
Unfortunately, we were unable to complete this request without the
additional information listed below.

We will need a copy of all legal documents stating that a name change
has taken place.  Please resubmit all legal documents along with the
enclosed form for processing.

If changes are made to the original document(s), they must be initialed
and dated by the policy owner.  If you have any questions regarding
this matter, please call our toll-free Client Services Line.

Sincerely,

*Valerie Usher*

Valerie Usher
Policyowner Service





**HOWERTON**

**LAW FIRM**

440 N. College Ave., Suite 2
Fayetteville, AR 72701
479.587.9300 (p)
479.587.9339 (f)

## FAX COVER SHEET

**DATE:**    October 6, 2016

**TO:**    Primerica Insurance Company

**FAX NO.:**    470-564-7662

**FROM:**    Wendy R. Howerton

**RE:**    **Letter of representation for Ila Reid**

**TRANSMITTING: 2**

**COMMENTS:**

OCT 0 6 2016

### CONFIDENTIALITY NOTICE

This facsimile transmission and any documents accompanying it contain confidential information belonging to the sender which is protected from disclosure by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution or the taking of any action on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the document.



PLAINTIFF'S EXHIBIT
E

# HOWERTON
## LAW FIRM

47⎯⎯.9300 (p)    479.587.9339 (f)

www.HowertonLawFirm.com

440 N. College Ave. Suite 2, Fayetteville, AR 72701

**Primerica Insurance Company**
**Attn: Linda Alison**
**Via fax: 470-564-7662**

Re:   My Client: Ila Reid
      Insured: Garvin Gene Reid
      Claim #: 2016225054
      Policy #: 0411846774

Dear Linda Alison:

   Please be advised that my firm has been employed to represent Ila Reid for life insurance claims as a beneficiary, for Garvin Gene Reid. Please send all further communications regarding this to my attention at the above referenced address.

   We hope to be able to settle this matter expeditiously and I thank you for your attention and anticipated cooperation.

                                        Sincerely,

                                        Wendy R. Howerton
                                        Attorney at Law

OCT 0 6 2016

Oct. 31. 2016  4:09PM    No. 2760   P. 1

*MLA*



**HOWERTON**
**LAW FIRM**
440 N. College Ave., Suite 2
Fayetteville, AR 72701
479.587.9300 (p)
479.587.9339 (f)

## FAX COVER SHEET

DATE:         October 31, 2016

TO:           **Primerica Insurance Company**
              **Linda Alison**
FAX NO.:      **470-564-7662**

FROM:         Assistant to Wendy R. Howerton

RE:           *Gavin Gene Reid*
              *Send  Copy Insurance Policy*

TRANSMITTING:    2 pages

     **Thank you!**

### CONFIDENTIALITY NOTICE

This facsimile transmission and any documents accompanying it contain confidential information belonging to the sender which is protected from disclosure by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution or the taking of any action on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the document.

NOV. 0 2 2016

Oct. 31. 2016  4:09PM                                    No. 2760   P. 2

# HOWERTON

**479.587.9300 (p)     479.587.9339 (f)**

www.HowertonLawFirm.com

# LAW FIRM

440 N. College Ave. Suite 2, Fayetteville, AR 72701

Primerica Insurance Company

Attn: Linda Alison

Via Fax: 470-564-7662


Re: My Client: Ila Reid

Insured: Garvin Gene Reid

Claim #: 2016225054

Policy #: 0411846774


Dear Linda Alison:

Please be advised that Howerton Law Firm Represent, ILA REID for life insurance claim as beneficiary. As her Attorney, I would like to ask you to send a copy of the entire insurance policy in Gavin Gene Reid from whom my client has become a beneficiary.

Please send all further communications regarding this to my attention to the above referenced address.

   We hope to settle this matter expeditiously and I thank you for your time, effort, attention and anticipated cooperation.


Sincerely

Wendy R. Howerton

Attorney at Law

NOV 0 2 2016

Nov. 29. 2016  1:07PM                                    No. 2801  P. 1

# HOWERTON

7 9300 (p)      479.587.9339 (f)

www.HowertonLawFirm.com

# LAW FIRM

440 N. College Ave. Suite 2, Fayetteville, AR 72701

*MLA*

November 28, 2016

Ms. Linda Alison
Primerica Insurance Company
Attn: Linda Alison
Via Fax: 470-564-7662

> *Re: My Client: Ila Reid*
> *Insured: Garvin Gene Reid*
> *Claim #: 2016225054*
> *Policy #: 0411846774*

Dear Ms. Alison:

   Please be advised that Howerton Law Firm represents, ILA REID, your insured's widow for a life insurance claim as beneficiary to Garvin Gene Reid's policy listed above. We have recently received a copy of the policy herein. I am aware that a Change of Beneficiary Form was filled out by the insured some time ago. I have a copy of the form which is illegible. I need a copy of this form that is legible immediately. Please be aware that this has been requested multiple times over the phone with Valerie and another agent of Primerica, whose name I did not get. Please feel free to email or fax the documents to the email address or fax number listed above for your convenience.

   We hope to settle this matter expeditiously and I thank you for your time, effort, attention and anticipated cooperation.

   Highest regards,

   Wendy R. Howerton

NOV 2 9 2016

WRH/lt
CC: Ila Reid



479.7.9300 (p)    479.587.9339 (f)

www.HowertonLawFirm.com

440 N. College Ave. Suite 2, Fayetteville, AR 72701

December 6, 2016

To Whom it May Concern:

Please find enclosed a copy of the change of beneficiary form that was negotiated by the insured, Garvin Gene Reid, on or about April 21, 2002, a copy of the divorce decree from the insured's original beneficiary, Betty Jo Reid; and a copy of the marriage license of the current beneficiary, Ila Reid and the insured herein. Your company apparently requested further proof of the name and beneficiary change sometime after receiving the change of beneficiary request in 2002, which my client and the insured never received. Please note the date of marriage of Mr. Reid to Ila Reid was in July of 1993, and the form was returned to you in 2002.

According to the policy at page 6.83, part 3, this change can now be processed with the form being returned to your executive office, and further proof of the marriage and change of beneficiary having been provided.

The prior beneficiary, Betty Reid, was effectively removed as of April 2002, and she and the insured were divorced in August of 1992. Therefore, all proceeds from the life insurance policy should be disbursed to Ila Reid promptly.

Thank you for your attention to this matter and your continued assistance in resolving this case.

Highest Regards,

Wendy R. Howerton

WRH/lt
Enclosures stated
Cc: Ila Reid
Cc: Linda Alison

DEC 1 6 2016

# PRIMERICA LIFE INSURANCE COMPANY

*MLW*

EXECUTIVE OFFICE:  1 Primerica Parkway  •  Duluth, Georgia 30099-0001

## CLAIMANT'S STATEMENT

| FOR ASSISTANCE |
| CALL TOLL-FREE |
| 1-888-893-9858 |

0411846774

### *Please Attach a Certified Death Certificate*

*Please show all names the deceased was known by, including full name, maiden name, hyphenated name, nickname, derivative form of first and/or middle name, or any alias.*

1. Deceased's Name in Full **Garvin Gene Reid**

2. Policy Numbers **0411846774**

3. Deceased's Birth Date ▮▮▮▮▮▮  Source from which Birth Date Obtained **Death Certificate**
   Birth Certificate, Family Record, Other Record

4. Residence of Deceased at Death ▮▮▮▮▮▮▮▮▮▮

5. Date of Death **August 11 2016**  Place of Death **Ozark Health Nursing Cen**

6. Cause of Death **Natural**  7. Your relationship to the Deceased **Spouse / Divorced**

8. Employer of Deceased **Retired**  Deceased's Occupation **Disabled / Self Employed**

9. If deceased has insurance with other companies, list names of companies and amounts below:

| Names of Companies | Amounts |
|---|---|
| None | |
| | |

10. Marital Status of Deceased **married**  Spouse's Name **Ila Reid**

Children of Deceased **four**  Spouse's Address ▮▮▮▮▮▮▮▮
**Kristy Jennings, Misty Webb,**
**Jodie Reid, Jerry Reid** ▮▮▮▮▮▮▮▮

*The furnishing of this form or its acceptance by the Company must r...*
*liability on the part of the Company, nor a waiver of any of the c...*

**LCF0411846774**

The **Claimant Information** on the reverse side *must* be filled o...

PLAINTIFF'S EXHIBIT F

PLA-8801    1

## CLAIMANT INFORMATION

**The information in this section must pertain to the Claimant (the beneficiary).**
*Please read carefully.* **Please print or type and complete in full. This form must be signed and notarized.**

Claimant's Full Name: *Betty Jo Woodall (see copy of attached drivers license*

Date of Birth: ▇▇▇▇▇▇    Social Security No. or Tax Id.: ▇▇▇▇▇▇

· Individual - Claimant's Social Security Number    · Estate Tax Id Number
· Guardian - Child's Social Security Number          · Trust Tax Id Number

Permanent Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

*City*                    *State*          *Zip Code*

Mailing Address: _____
*(If different than above)*

*City*                    *State*          *Zip Code*

Home Phone: ▇▇▇▇▇▇    Work Phone: _____    Cell Phone: (_____)_____

*Area Code   Phone Number*          *Area Code   Phone Number*          *Area Code   Phone Number*

*Please select your method of payment by marking the appropriate box below:*

☐ Primerica Estate Account    ☒ Check    ☐ Settlement Option # _____ (Refer to the Claim Instructions and the policy)

Please be sure to review the payment method information found in the Claim Instructions on page 1 and the "Terms and Conditions" of the Primerica Estate Account Agreement on page 1A. **Your signature below confirms acceptance of the Primerica Estate Account Agreement if chosen above.**

Under the penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report interest or dividends, or (c) that the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. -- You must cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

> "Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison."

*I certify that all answers on this form are correct and true.*

Signature of Claimant  **x** *Betty Jo Woodall*

*(See "Important Reminders" on Page 1, "Claim Instructions")*

Subscribed and sworn to before me this **30th** Day of *August* , 20 *16*    SEP 0 2 2016

Signature of Notary Public  **x** *Meredith Renfroe*

MEREDITH RENFROE
NOTARY PUBLIC-STATE OF ARKANSAS
BENTON COUNTY
My Commission Expires 09-30-2021
Commission # 12383904

PLA-8801                                    2                    88012 06.11

## CLAIMANT INFORMATION

**The information in section must pertain to the Claimant (the ___iary).**
*Please read carefully.  Please print or type and complete in full.  This form must be signed and notarized.*

Claimant's Full Name: _Betty Jo Woodall (see copy of attached drivers license)_

Date of Birth: ▇▇▇▇▇▇▇▇▇    Social Security No. or Tax Id.: ▇▇▇▇▇▇▇▇

- Individual · Claimant's Social Security Number    · Estate Tax Id Number
- Guardian · Child's Social Security Number    · Trust Tax Id Number

Permanent Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

                   *City*                    *State*        *Zip Code*

Mailing Address:
*(If different than above)*

                   *City*                    *State*        *Zip Code*

Home Phone: ▇▇▇▇▇▇▇    Work Phone: ▇▇▇▇▇▇▇    Cell Phone: ( )
            *Area Code  Phone Number*        *Area Code  Phone Number*        *Area Code  Phone Number*

---

*Please select your method of payment by marking the appropriate box below:*

☐ Primerica Estate Account    ☒ Check    ☐ Settlement Option # _____ (Refer to the Claim Instructions and the policy)

Please be sure to review the payment method information found in the Claim Instructions on page 1 and the "Terms and Conditions" of the Primerica Estate Account Agreement on page 1A.  Your signature below confirms acceptance of the Primerica Estate Account Agreement if chosen above.

---

Under the penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report interest or dividends, or (c) that the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. — You must cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

> "Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison."

*I certify that all answers on this form are correct and true.*

Signature of Claimant  x _Betty Jo Woodall_
                          *(See "Important Reminders" on Page 1, "Claim Instructions)*

Subscribed and sworn to before me this _30th_ Day of _August_ , 20 _16_         NOV 0 2 2016

Signature of Notary Public  x _Meredith Renfroe_

MEREDITH RENFROE
NOTARY PUBLIC-STATE OF ARKANSAS
BENTON COUNTY
My Commission Expires 08-00-2021
Commission # 12383604

PLA 0001                            2

# PRIMEI~~ ~~ LIFE INSURANCE ~~ ~~OMPANY

EXECUTIVE ~~ ~~ : 1 Primerica Parkway • Duluth, Georgi~~ ~~    001

0411846774

## CLAIMANT'S STATEMENT

FOR ASSISTANCE
CALL TOLL-FREE
1-888-893-9858

MLA

---

*Please Attach a Certified Death Certificate*

---

*Please show all names the deceased was known by, including full name, maiden name, hyphenated name, nickname, derivative form of first and/or middle name, or any alias.*

1. Deceased's Name in Full  **GARVIN GENE REID**

2. Policy Numbers **0411846774**

3. Deceased's Birth Date ▓▓▓▓▓▓▓  Source from which Birth Date Obtained **Death Certificate**
   Birth Certificate, Family Record, Other Record

4. Residence of Deceased at Death ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. Date of Death **August 11 2016**  Place of Death **Ozark Health Nursing Cente**

6. Cause of Death **Natural**   7. Your relationship to the Deceased **Spouse / Divorced**

8. Employer of Deceased **Retired**  Deceased's Occupation **Disabled / Self Employed**

9. If deceased has insurance with other companies, list names of companies and amounts below:

| Names of Companies | Amounts |
|---|---|
| None |  |
|  |  |
|  |  |

10. Marital Status of Deceased **married**  Spouse's Name **Ila Reid**

Children of Deceased **four**   Spouse's Address ▓▓▓▓▓▓▓▓▓▓▓▓
**Kristy Jennings, Misty Webb**  ▓▓▓▓▓▓▓▓▓▓▓▓
**Jodie Reid, Jerry Reid**

*The furnishing of this form or its acceptance by the Company must not be construed as an admission of any liability on the part of the Company, nor a waiver of any of the conditions of the insurance contract.*

NOV 02 2016

The Claimant Information on the reverse side *must* be fi    y.

LCF0411846774

## ASSIGNMENT OF PROCEEDS OF INSURANCE

TO: Primerica Life Insurance
(INSURANCE COMPANY)
1 Primerica Parkway.
Duluth, GA 30099.- 0001

I, Betty Jo Reid Woodall , being entitled to receive benefits
(BENEFICIARY)
under Policy Number 0411 8.46.774
issued by Primerica Life Insurance Company
(INSURANCE COMPANY)
on the life of Garvin Gene Reid , now deceased,
and having contracted with and being indebted to Roller- Coffman
(FUNERAL HOME)
of Marshall Ar Kansas
(CITY-STATE)
for funeral services and merchandise for the deceased in the amount of
Ten thousand Sixty Seven dollars + 66/100 Dollars ($ 10,067.66),
do hereby set over, assign and transfer unto said Funeral Director the sum of
Ten thousand Sixty Seven dollars + 66/100 Dollars ($ 10,067.66)
out of the proceeds of said Insurance Policy; and I hereby authorize and direct said Insurance Company
to make its check payable to said Funeral Director for the assigned amount and to pay the remainder of
the proceeds of said Insurance Policy, if any, to me. A statement of charges for funeral expenses for the
deceased is attached hereto.

Betty Jo Reid Woodall (SEAL)
(BENEFICIARY)

Addr ████████████████████

Date Signed 8-14-16

Sworn and subscribed before me
the 14th day of August , 2016
Cindy Wyatt
NOTARY PUBLIC
My commission expires: 1-23-2024.

CINDY WYATT
Notary Public-Arkansas
Marion County
My Commission Expires 01-23-2024
Commission # 19397277

PLAINTIFF'S
EXHIBIT
G

NOV 04 2016

INSURANCE COMPANY

500/200⊠

FAX

## ASSIGNMENT OF PROCEEDS OF INSURANCE

TO: Primerica Life Insurance
(INSURANCE COMPANY)
1 Primerica Parkway
Duluth, GA 30099-0001

I, Ila Reid
(BENEFICIARY)
, being entitled to receive benefits

under Policy Number 0411846774

issued by Primerica Life Insurance Co.
(INSURANCE COMPANY)

on the life of Garvin Gene Reid
, now deceased,

and having contracted with and being indebted to Roller-Coffman
(FUNERAL HOME)

PO Box 647 of Marshall, AR 72650
(CITY-STATE)

for funeral services and merchandise for the deceased in the amount of

Ten thousand sixty seven dollars & 66/100 ———— Dollars ($ 10,067.66 ),

do hereby set over, assign and transfer unto said Funeral Director the sum of

Ten thousand sixty seven dollars + 66/100 ———— Dollars ($ 10,067.66 )

out of the proceeds of said Insurance Policy, and I hereby authorize and direct said Insurance Company

to make its check payable to said Funeral Director for the assigned amount and to pay the remainder of

the proceeds of said Insurance Policy, if any, to me. A statement of charges for funeral expenses for the

deceased, is attached hereto.

_Ila Reid_ (SEAL)
(BENEFICIARY)

Address ████████████████████

Date Signed 12-16-16

Sworn and subscribed before me

the 16th day of December, 2016

_Cindy Wyatt_
NOTARY PUBLIC

My commission expires: 01-23-2024

CINDY WYATT
Notary Public-Arkansas
Marion County
My Commission Expires 01-23-2024
Commission # 12397277

Primerica Life Insurance ⌒ ...ny
1 Primerica Parkway, Duluth, GA  30099-0001

PLEASE RETAIN THIS VOUCHER AS YOUR PAYMENT RECORD

CHECK#  0662269
          PRIMERICA LIFE INSURANCE COMPANY
RE: REID,GARVIN G                          2016225054 - 0411846774


          ASSIGNMENT AMOUNT              $ *****10,067.66
          TOTAL AMOUNT PAYABLE           $ *****10,067.66


1    10067.66

Primerica Life Insurance Company
1 Primerica Parkway, Duluth, GA 30099-0001                CHECK              CHECK              60-160
                                                          DATE: 01/24/2017   NUMBER: 00662269   433

RE:  1214000           0411846774
CHECK VOID SIX MONTHS AFTER ISSUE DATE                                  ******* AMOUNT *******
PAY:  Ten Thousand Sixty Seven  Dollars and Sixty Six Cents              * $****10,067.66      *
                                                                        *************************

                                                          NOT VALID OVER $100,000 UNLESS COUNTERSIGNED

Pay To    ROLLER-COFFMAN FUNERAL HOME
The       P O BOX 647
Order Of: MARSHALL        AR 72650                         VOID



PLAINTIFF'S EXHIBIT