IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PRIMERICA LIFE INSURANCE COMPANY                                PLAINTIFF

V.                    CASE NO. 4:17-cv-272-SWW

BETTY JO WOODALL and ILA ELAINE REID                    DEFENDANTS

## MOTION TO DEPOSIT FUNDS

Comes the Plaintiff, Primerica Life Insurance Company ("Primerica"), by and through its attorneys, Watts, Donovan & Tilley, P.A., and for its Motion to Deposit Funds, herein states:

1. Primerica issued life insurance policy number 0411846774 to Garvin Gene Reid in the amount of One Hundred Thousand Dollars ($100,000).

2. Both Betty Jo Woodall and Ila Elaine Reid have claimed entitlement to the policy proceeds.

3. Due to these conflicting claims, Primerica filed this interpleader action pursuant to Fed. R. Civ. P. 22.

4. In accordance with 28 U.S.C. § 2041 and consistent with Rules 67 and 67.1 of the Federal and Local Federal Rules of Civil Procedure, Primerica requests an Order directing the Clerk of the Eastern District to accept the policy proceeds, together with accumulated interest of 8 percent per year from the date of death, to be invested in an interest bearing instrument in a financial institution insured by FDIC.

5.  Primerica also requests the Order dismiss, release, and otherwise discharge it and its agents from any and all claims or liabilities.

6.  Primerica further requests the Order enjoin Defendants from filing any other actions affecting the funds involved in this interpleader action.

7.  A Brief in Support of this Motion is filed contemporaneously herewith.

WHEREFORE, the Plaintiff, Primerica Life Insurance Company, prays the Court grant its Motion to Deposit Funds; enter an Order directing the Clerk to accept the funds, discharge and dismiss Primerica Life Insurance Company from this action, and enjoin Defendants from filing any other actions against Primerica Life Insurance Company and/or its agents with respect to the policy and/or affecting the funds involved in this interpleader; and for all other relief to which it may show itself entitled.

/s/ Staci Dumas Carson
STACI DUMAS CARSON (2003158)
ATTORNEY FOR PLAINTIFF
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVE., STE. 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX
staci.carson@wdt-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| William Prettyman | Wendy Howerton |
| will@arklawyers.com | whowerton@howertonlaw.com |

                                              /s/ Staci Dumas Carson
                                              STACI DUMAS CARSON (2003158)