# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PRIMERICA LIFE INSURANCE COMPANY | * * | |
| PLAINTIFF | * * | |
| V. | * * * | CASE NO. 4:17CV00272 SWW |
| BETTY JO WOODALL and ILA ELAINE REID | * * | |
| DEFENDANTS | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment as to the rightful beneficiary of life insurance proceeds is entered in favor of Ila Elaine Reid, and the Counterclaim by Reid is DISMISSED WITH PREJDUICE.

IT IS SO ORDERED THIS 3RD DAY OF JUNE , 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE