# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| PRIMERICA LIFE INSURANCE COMPANY | * * | |
| PLAINTIFF | * * | |
| V. | * * * | CASE NO. 4:17CV00272 SWW |
| BETTY JO WOODALL and ILA ELAINE REID | * * | |
| DEFENDANTS | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Counterclaim against Plaintiff Primerica Life Insurance Company by Defendant Ila Elaine Reid is DISMISSED WITH PREJDUICE. There being no remaining claims, this action is dismissed in its entirety.

IT IS SO ORDERED THIS 4TH DAY OF JANUARY, 2021.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE